UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re WAYFAIR INC. Securities Litigation

This Document Relates To:
    ALL ACTIONS.

Civil Action No. 1:19-cv-10062-DPW

**DECLARATION OF CAROLINE H. BULLERJAHN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

I, Caroline H. Bullerjahn, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants Wayfair Inc. ("Wayfair"), Niraj Shah, Steven K. Conine, and Michael D. Fleisher (collectively, "Defendants").  I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint (the "Amended Complaint").

2.      Attached as Exhibit A is a true and correct copy of a chart identifying Defendants' risk disclosures contained in Wayfair's public SEC filings and call transcripts cited in the Amended Complaint that are relevant to the claims in the Amended Complaint.

3.      Attached as Exhibit B is a true and correct copy of a chart of the Amended Complaint's allegedly misleading statements and omissions, and cross-references to Defendants' Memorandum of Law.

4.      Attached as Exhibit C is a true and correct copy of a chart reflecting Wayfair's closing share price from January 1, 2015 through April 1, 2019.

5.      Attached as Exhibit D is a true and correct copy of excerpts of Wayfair's 2017 Form 10-K filed with the SEC on February 26, 2018.[1]

---

[1] Defendants have highlighted and/or excerpted certain exhibits due to their length.

6. Attached as Exhibit E is a true and correct copy of Wayfair's Q2 2018 Earnings Call Transcript dated August 2, 2018.

7. Attached as Exhibit F is a true and correct copy of excerpts of Wayfair's 2015 Form 10-K filed with the SEC on February 29, 2016.

8. Attached as Exhibit G is a true and correct copy of excerpts of Wayfair's 2016 Form 10-K filed with the SEC on February 28, 2017.

9. Attached as Exhibit H is a true and correct copy of excerpts of Wayfair's Q1 2018 Form 10-Q filed with the SEC on May 2, 2018.

10. Attached as Exhibit I is a true and correct copy of excerpts of Wayfair's Q2 2018 Form 10-Q filed with the SEC on August 2, 2018.

11. Attached as Exhibit J is a true and correct copy of excerpts of Wayfair's Q3 2017 Form 10-Q filed with the SEC on November 2, 2017.

12. Attached as Exhibit K is a true and correct copy of Wayfair's Canaccord Genuity Growth Conference Call Transcript dated August 8, 2018.

13. Attached as Exhibit L is a true and correct copy of excerpts of Wayfair's Q3 2018 Form 10-Q filed with the SEC on November 1, 2018.

14. Attached as Exhibit M are true and correct copies of Forms 4 filed with the SEC for Mr. Fleisher during the Class Period (and the last Form 4 filed immediately prior to the Class Period).

15. Attached as Exhibit N are true and correct copies of Forms 4 filed with the SEC for Mr. Shah during the Class Period (and the last Form 4 filed immediately prior to the Class Period).

16.    Attached as Exhibit O are true and correct copies of Forms 4 filed with the SEC for Mr. Conine during the Class Period (and the last Form 4 filed immediately prior to the Class Period).

17.    Attached as Exhibit P is a true and correct copy of Wayfair's Q4 2017 Earnings Call Transcript dated February 22, 2018.

18.    Attached as Exhibit Q is a true and correct copy of Wayfair's Goldman Sachs Retailing Conference Call Transcript dated September 5, 2018.

19.    Attached as Exhibit R is a true and correct copy of Wayfair's Citi Global Technology Conference Call Transcript dated September 6, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2019                    Respectfully submitted,

                                          /s/ Caroline H. Bullerjahn
                                          Caroline H. Bullerjahn (BBO # 657241)
                                          GOODWIN PROCTER LLP
                                          100 Northern Avenue
                                          Boston, MA 02210
                                          Tel.: 617.570.1000
                                          Fax: 617.523.1231
                                          cbullerjahn@goodwinlaw.com

                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Caroline H. Bullerjahn, hereby certify that a copy of the foregoing Declaration of Caroline H. Bullerjahn in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 30, 2019.

Dated: August 30, 2019

/s/ Caroline H. Bullerjahn
Caroline H. Bullerjahn

4