# EXHIBIT A

**EXHIBIT A**

**WAYFAIR INC.'S RISK DISCLOSURES AND CAUTIONARY STATEMENTS[1]**

| Disclosures[2] | Source |
|---|---|
| **Special Note Regarding Forward-Looking Statements** | |
| "This Annual Report on Form 10-K contains forward-looking statements . . . [a]ll statements other than statements of historical fact contained in this Annual Report on Form 10-K, including statements regarding our future results of operations and financial positions, business strategy and plans and objectives of management for future operations, are forward-looking statements.  In some cases, you can identify forward-looking statements by terms such as 'may,' 'will,' 'should,' 'expects,' 'plans,' 'anticipates,' 'could,' 'intends,' 'target,' 'projects,' 'contemplates,' 'believes,' 'estimates,' 'predicts,' 'potential' or 'continue' or the negative of these terms or other similar expressions."<br><br>"We cannot guarantee that any forward-looking statement will be accurate . . . [i]nvestors should realize that if underlying assumptions prove inaccurate or that known or unknown risks or uncertainties materialize, actual results could vary materially from the Company's expectations and projections.  Investors are therefore cautioned not to place undue reliance on any forward-looking statements."<br><br>"A further list and description of risks, uncertainties and other factors that could cause or contribute to differences in our future results include the cautionary statements herein and in our other filings with the Securities and Exchange Commission, including those set forth under Part 1, Item 1A, *Risk Factors* of this Annual Report on Form 10-K.  We qualify all of our forward-looking statements by these cautionary statements." | Ex. D, 2017 10-K at 1<br><br>Ex. H, Q1 2018 10-Q at 2<br><br>Ex. I, Q2 2018 10-Q at 2<br><br>Ex. L, Q3 2018 10-Q at 2 |

---

[1] These disclosures appeared in Wayfair's public filings with the United States Securities and Exchange Commission or documents incorporated by reference in the Amended Complaint.  They include risk disclosures related to Wayfair's marketing and advertising expenses and spending, profitability, and market competition.

[2] All exhibits are included in the contemporaneously filed Declaration of Caroline H. Bullerjahn In Support of Defendant's Motion to Dismiss.

| Item 1A. Risk Factors | |
|---|---|
| "Our operations and financial results are subject to various risks and uncertainties . . . [w]e caution you that the following important factors, among others, could cause our actual results to differ materially from those expressed in forward-looking statements made by us or on our behalf in filings with the SEC, press releases, communications with investors and oral statements.  Any or all of our forward-looking statements in this Annual Report on Form 10-K and in any other public statements we make may turn out to be wrong.  They can be affected by inaccurate assumptions we might make or by known or unknown risks and uncertainties . . . [a]ctual future results may differ materially from those anticipated in forward-looking statements." | Ex. D, 2017 10-K at 7 |
| "**Risk Factors**<br><br>There are no material changes from the risk factors previously disclosed in Part 1, Item 1A, *Risk Factors*, of our Annual Report on Form 10-K for the year ended December 31, 2017." | Ex. H, Q1 2018 10-Q at 30<br><br>Ex. I, Q2 2018 10-Q at 33<br><br>Ex. L, Q3 2018 10-Q at 34 |
| **Risk Disclosures Related to Marketing and Advertising Expenditures and Spending** | |
| "In Q4, advertising spend was $166 million or 11.5% of net revenue. We are continuing to see great opportunities to invest advertising dollars and generate ROIs within the 1 year payback that is central to our approach. ***In Q1, we expect higher sequential ad costs as a percentage of revenue as we generally lean in on advertising early in the calendar year to take advantage of very attractive market pricing.*** We anticipate ad spend as a percent of net revenue in Q1 to be slightly above or below last year's Q1 at 12.3% of net revenue. ***The effectiveness of our advertising spend is essential to the success of our business*** and I want to briefly touch on our overall approach to investing ad dollars to ensure that it's fully understood . . . ***To be clear, we are spending more [advertising] dollars*** because we ***believe*** we can spend those dollars at the same level of efficiency . . . We will continue to invest behind these high-ROI activities due to the ***long-term approach*** that Niraj highlighted at the start of the call, and we feel good about the customers we are acquiring, who will add ***incremental value over their lifetime***." (emphasis added).[3] | Ex. P, Q4 2017 Earnings Call Tr. at 8-9 |
| "Our marketing efforts bring new and repeat customers to our sites and help us acquire their email addresses through various paid and non-paid advertising methods.  Our paid advertising efforts consist primarily of | Ex. D, 2017 10-K at 4 |

---

[3] Bold and/or italicized font that is not in the original contains an "emphasis added" notation.  All other bold/italicized font is in the original.

| | |
|---|---|
| online channels, including search engine marketing, display advertising, and paid social media, and to a lesser extent direct mail and television advertisements.  Our non-paid advertising efforts include search engine optimization, non-paid social media, mobile 'push' notifications and email.  Upon acquiring a customer or a potential customer's email address, we seek to increase their engagement with our sites and drive repeat purchases.  This effort to increase engagement and repeat purchasing is driven by all of our marketing tools, including email marketing efforts and customer retargeting.  We rigorously manage our paid marketing efforts towards the goal that each new spending initiative is cost-effective with a measurable return on investment within a short period of time." | |
| "Additionally, the growth of our business places significant demands on our management and other employees.  For example, we typically launch hundreds of promotional events across thousands of products each month on our sites via emails, 'push' notifications and personalized displays.  These events require us to produce updates on our sites and emails to our customers on a daily basis with different products, photos and text.  ***The growth of our business may require significant additional resources to meet these daily requirements, which may not scale in a cost-effective manner or may negatively affect the quality of our sites and customer experience***." (emphasis added). | Ex. D, 2017 10-K at 7 |
| "***If we fail to acquire new customers or retain existing customers, or fail to do so in a cost-effective manner, we may not be able to achieve profitability.***<br><br>Our success depends on our ability to acquire and retain customers in a cost-effective manner.  In order to expand our customer base, we must appeal to and acquire customers who have historically used other means of commerce to purchase home goods and may prefer alternatives to our offerings, such as traditional brick and mortar retailers, the websites of our competitors or our suppliers' own websites.  ***We have made significant investments related to customer acquisition and expect to continue to spend significant amounts to acquire additional customers.***  Our paid advertising efforts consist primarily of online channels, including search engine marketing, display advertising, and paid social media, and to a lesser extent direct mail and television advertisements.  ***These efforts are expensive and may not result in the cost-effective acquisition of customers. We cannot assure you that the net profit from new customers we acquire will ultimately exceed the cost of acquiring those customers*** . . . | Ex. D, 2017 10-K at 8 |

3

| | |
|---|---|
| If our efforts to satisfy our existing customers are not successful, we may not be able to acquire new customers in sufficient numbers to continue to grow our business, *or we may be required to incur significantly higher marketing expenses in order to acquire new customers* . . .<br><br>We also utilize non-paid advertising.  Our non-paid advertising efforts include search engine optimization, non-paid social media, mobile 'push' notifications and emails.  We obtain significant amount of traffic via search engines and, therefore, rely on search engines such as Google, Bing and Yahoo!.  Search engines frequently update and change the logic that determines the placement and display of results of a user's search, such that the purchased or algorithmic placement of links to our sites can be negatively affected.  Moreover, a search engine could, for competitive or other purposes, alter its search algorithms or results, causing our sites to place lower in search query results.  A major search engine could change its algorithms in a manner that negatively affects our paid or non-paid search ranking, and competitive dynamics could impact the effectiveness of search engine marketing or search engine optimization . . . [i]f we are unable to cost-effectively drive traffic to our sites, our ability to acquire new customers and our financial condition would suffer." (first emphasis in original). | |
| "Our business success depends to some extent on our ability to expand our customer offerings by launching new brands and services and by expanding our existing offerings into new geographies . . . [l]aunching new brands and services or expanding internationally requires significant upfront investments, including investments in marketing, information technology, and additional personnel." | Ex. D, 2017 10-K at 9 |
| "*Purchasers of home goods may not choose to shop online which would prevent us from growing our business* . . .<br><br>Furthermore, we may have to incur significantly higher and more sustained advertising and promotional expenditures in order to attract additional online consumers to our sites and convert them into purchasing customers." | Ex. D, 2017 10-K at 13 |
| "**Advertising**<br><br>Advertising consists of direct response performance marketing costs, such as display advertising, paid search advertising, social media advertising, search engine optimization, comparison shopping engine advertising, television advertising, direct mail, catalog and print advertising.  *We expect* advertising expense to continue to | Ex. D, 2017 10-K at 37<br><br>Ex. H, Q1 2018 10-Q at 24<br><br>Ex. I, Q2 2018 10-Q at 24 |

| | |
|---|---|
| increase but decrease as a percentage of net revenue over time due to our increasing base of repeat customers." (first emphasis in original). | Ex. L, Q3 2018 10-Q at 25 |
| "Our advertising expenses increased by $140.8 million in 2017 compared to 2016, primarily as a result of an increase in online and television advertising. *Advertising decreased as a percentage of net revenue in 2017 compared to 2016, primarily due to increased leverage from our growing base of repeat customers*, and television advertising expense not increasing as the same rate as revenue growth in the U.S., partially offset by advertising investments in Europe and Canada." (emphasis added). | Ex. D, 2017 10-K at 40 |
| "*Advertising Costs* Advertising consists of direct response performance marketing costs, such as display advertising, paid search advertising, social media advertising, search engine optimization, comparison shopping engine advertising, television advertising, direct mail, catalog and print advertising.  Expenditures for advertising are expensed in the period that the advertising first takes place. *Advertising expense amounted to approximately $550.0 million, $409.1 million, and $278.2 million in the years ended December 31, 2017, 2016, and 2015, respectively.*" (emphasis added). | Ex. D, 2017 10-K at 62 |
| "Our advertising expenses increased by $43.4 million in the three months ended March 31, 2018 compared to the same period in 2017, primarily as a result of an increase in online and television advertising. *Advertising decreased as a percentage of net revenue in the three months ended March 31, 2018 compared to the same period in 2017* primarily due to increased leverage from our growing base of repeat customers, and television advertising expense not increasing at the same rate as revenue growth in the U.S., partially offset by advertising investments in Europe and Canada." (emphasis added). | Ex. H, Q1 2018 10-Q at 25 |
| "Our advertising expenses increased by $53.3 million in the three months ended June 30, 2018 compared to the same period in 2017, primarily as a result of an increase in online and television advertising. *Advertising was relatively consistent as a percentage of net revenue in the three months ended June 30, 2018 compared to the same period in 2017*." (emphasis added). | Ex. I, Q2 2018 10-Q at 26 |
| "Our advertising expenses increased by $96.7 million in the six months ended June 30, 2018 compared to the same period in 2017, primarily as a result of an increase in the online and television advertising. *Advertising decreased as a percentage of net revenue in the six months ended June 30, 2018 compared to the same period in 2017* primarily due to increased leverage from our growing base of repeat customers, and television | Ex. I, Q2 2018 10-Q at 27 |

| | |
|---|---|
| advertising expense not increasing at the same rate as revenue growth in the U.S., partially offset by advertising investments in Europe and Canada." (emphasis added). | |
| "*We think* advertising is an area of very high potential benefit.  To be fair, on one hand, we think we're very excited about it.  When we talk about hiring people for the [keys] and the investments we're making on headcount, this is a great example of an area that, over the last couple of quarters, we've really staffed that up with a great team that I'm very excited about . . . *So in terms of when it's real impact on the P&L, it's still a little ways out.*  For us, we think advertising is going to be a little more nuanced on what some other folks can do where they're just kind of plaster it on the top, because that doesn't affect the customer experience negatively . . . So we're actually very excited about some advertising product that we have underway.  *But in terms of the P&L impact, I'd both say I'm about excited about how big it can be, but I'd also say that, that's a ways out.*" (emphasis added). | Ex. E, Q2 2018 Call Tr. at 16-17 |
| "And so then what's happened over the years, as people have seen that like the revenue growth, in fact, has accelerated, and it's gotten – the revenue growth in dollars got increasingly, increasingly high, *and the ad cost as a percentage keeps coming down*.  So I think the understanding that the repeat base drives leverage is reasonably well understood now. . . . <br><br> So ad spend, if you look at it sequentially over the last few years, it continues to drift down, *and that's despite the fact that international deleveraged it, because international ad costs, because we don't have a repeat base there, is ad cost is much, much higher as a percentage of net revenues*. So the fact that's coming down, the U.S. is even lower than that line, right, delevered then by the international, which pulls it back up to where you see it. And the reason is, a couple quarters ago now, we said that the repeat revenue is running at 7%, and actually, that's blending all the repeat revenue, where the second order is higher than the third order, is higher than the fourth order, is higher than the fifth so as customers continue to age in it's kind of like -- it actually -- the costs get less and less on the advertising. I wouldn't say that we have more money we can get spend within a 1-year payback. We try to max that out, but we're always finding ways to get more creative. So better targeting, better creative, new marketing channel. So those are the ways you unlock the ability to get more and more customers, but we're not necessarily short of the 1-year payback and we're not longer. So if we're longer we figure out how to pull it back, if we're shorter we figure out how to ramp it up we want to get as many customers as we can during that payback period. But the key thing is that the real impact you get is that the customer has a good experience, they then come back. It's the repeat cycle that really fuels our growth. So we're doing a lot from a kind of creative ways to try to drive the marketing. **This year, *we'll spend $700 million on advertising*, but the real key thing is around the customer satisfaction,** | Ex. K, August 8, 2018 Canaccord Genuity Call Tr. at 10-12 |

6

| | |
|---|---|
| **the customer experience with our brand and how that drives the kind of the cycle over time**. And then the other thing I'd just highlight is, look this last quarter, which we reported last week, the year-over-year growth in dollars, in revenue dollars was $500 million, so -- over $500 million in our direct business. So if you annualize that, it's over $2 billion, and we continue to protect the contribution margin at that 20% level. So the way to think about it is, if you added $2 billion over the next 12-month period, you would add $400 million in contribution dollars. **So if we spent $700 million in advertising, and we spent $700 million OpEx headcount in the future 12-month period, you could increase those if you wanted the same amount of EBITDA dollars by a combined $400 million.** The reason the profitability of the business has kept getting better is not actually that we've ever pulled back on investing. It's just that we're simply not spending all of the incremental contribution margin dollars. **So say I'm just making these up, but advertising goes from $700 million to $800 million and OpEx headcount goes from $700 million to $800 million. If they did that, you will still have $200 million flow-through, and I think that's the thing that's not always well understood, is that if you're just building a great experience, and it's driving repeat, and repeat has a very low ad cost, and it's being done out of loyalty because of the quality of the experience.** You basically create this cycle where you're getting more and more dollar growth protecting the contribution percentage, and you're simply -- like that money's not being spent, and that's what's flowing through. That's why the U.S. went from a negative kind of, I'm afraid the exact number when we went pub, but I think it was negative like 4% or 5%, 6% EBITDA to basically being profitable 6 of the last 7 quarters. *International's in that ramp phase, so that is losing money, we'll lose money for a while*, but that's why the model works. **The model, it doesn't require us to stop spending 1 day or stop spending on marketing, stop spending, or go fire all these people or something like that**." (emphasis added). | |
| "But we actually also can know what's it cost us when we move customers from one order to 2 orders or 2 orders to 3 orders or 3 orders to 4 orders. And what's it cost us for customers of different ages. So you can kind of cut it many different ways when you do this type of attribution. *And what you see, no matter which way you cut, you can see systematically that actually as customers increasingly repeat the effective ad cost to get them come back goes down and those models are kind of self-learning. So as you learn that you -- not only does it go down,* but you also learn that you don't need -- we automatically try to target them less, right. Because they're getting more and more engaged of their own volition, right. They're opening the e-mails more. They're responding to app notification more. They're directly coming to the site more. And so what you might do is, maybe for certain major events, you might send them a postcard, but sending someone a postcard costs you $0.20. It's not particularly expensive. What you don't have to do is this wide canvassing to just find somebody who's interested not knowing much about them, not knowing who is interested. So that is a long-winded way of saying, we're highly confident that we understand what each tranche cost us. And | Ex. Q, September 5, 2018 Goldman Sachs Global Retailing Conference Call Tr. at 9 |

| | |
|---|---|
| you pretty much clearly see it coming down. I would agree with you if we only sold a very narrow set of very high-cost low-frequency goods -- if we're selling cars or something like that. Then you're right. You would have to effectively reacquire very -- each time unless they have like particular brand loyalty. But basically, the mix of goods we have does lend itself to being able to build a relationship." | |
| "Yes, the only thing I would add is TV still is – it's the most visible piece, but it's a small piece of the total ad spend, right?  So we've said 15% to 20% of the total ad spend.  It's a very important tool.  It can create, and we know through what we believe are extremely good attribution models, sort of what we get and the benefit we get for it and what – what the customer response looks like." | Ex. R, September 6, 2018 Citi Global Technology Conference Call Tr. at 13-14 |
| "Our advertising expenses increased by $60.9 million in the three months ended September 30, 2018 compared to the same period in 2017, primarily as a result of an increase in online and television advertising.  Advertising was relatively consistent as a percentage of net revenue in the three months ended September 30, 2018 compared to the same period in 2017." | Ex. L, Q3 2018 10-Q at 27 |
| **Risk Disclosures Related to Market Competition** | |
| "The market for online home goods and furniture is ***highly competitive, fragmented and rapidly changing***.  While we are primarily focused on the mass market, we compete across all segments of the home goods market.  Our competition includes furniture stores, big box retailers, department stores, specialty retailers and online retailers and marketplaces in the U.S., Canada, the United Kingdom and Germany . . ." (emphasis added). | Ex. D, 2017 10-K at 5 |
| "Our customer base may not continue to grow or ***may decline as a result of increased competition*** and the maturation of our business.  Failure to continue our revenue growth rates could have a material adverse effect on our financial condition and results of operations." (emphasis added). | Ex. D, 2017 10-K at 7 |
| "We anticipate that, ***as our market becomes increasingly competitive, maintaining and enhancing our brands may become increasingly difficult and expensive.***" (emphasis added). | Ex. D, 2017 10-K at 9 |
| "We have also entered and may continue to enter into new markets in which we have limited or no experience, which may not be successful or appealing to our customers . . . our current and potential competitors in new market segments may have greater brand recognition, financial resources, longer operating histories and larger customer bases than we do in these areas.  As a result, we may not be successful enough in | Ex. D, 2017 10-K at 9 |

| | |
|---|---|
| these newer areas to recoup our investments in them.  If this occurs, our business, financial condition and operating results may be materially adversely affected." | |
| "*Our business is highly competitive.  Competition presents an ongoing threat to the success of our business.*<br><br>Our business is rapidly evolving and intensely competitive, and we have many competitors in different industries.  Our competition includes furniture stores, department stores, specialty retailers and marketplaces in the U.S., Canada, the United Kingdom and Germany . . .<br><br>We expect competition in e-commerce generally to increase.  We believe that our ability to compete successfully depends upon many factors both within and beyond our control, including: . . .<br><br>&bull;   *our selling and marketing efforts* . . .<br><br>Many of our current competitors have, and potential competitors may have, longer operating histories, *greater brand recognition*, larger fulfillment infrastructures, greater technical capabilities, faster and less costly shipping, *significantly greater* financial, *marketing* and other *resources* and larger customer bases than we do.  These factors may *allow our competitors* to derive greater net revenue and profits from their existing customer base, *acquire customers at lower costs* or respond more quickly than we can to new or emerging technologies and changes in consumer habits.  These competitors may engage in more extensive research and development efforts, undertake more far-reaching marketing campaigns and adopt more aggressive pricing policies, which may allow them to build larger customer bases or generate net revenue from their customer bases more effectively than we do." (emphasis added). | Ex. D, 2017 10-K at 12 |
| **Risk Disclosures Regarding Profitability and Revenue Growth** | |
| "*Our recent growth rates may not be sustainable or indicative of our future growth.*"<br><br>"Our historical growth rates may not be sustainable or indicative of future growth.  We believe that our continued revenue growth will depend upon, among other factors, our ability to:  . . .<br><br>&bull;   acquire more customers and retain existing customers . . . | Ex. D, 2017 10-K at 7 |

9

| | |
|---|---|
| • increase the frequency with which new and repeat customers purchase products on our sites through merchandizing, data, analytics, and technology . . .<br><br>We cannot assure you we will be able to achieve any of the foregoing.  Our customer base may not continue to grow or may decline as a result of increased competition and the maturation of our business.  Failure to continue our revenue growth rates could have a material adverse effect on our financial condition and results of operations.  You should not rely on our historical rate of revenue growth as an indication of our future performance." | |
| "*Our success depends in part on our ability to increase our net revenue per active customer.  If our efforts to increase customer loyalty and repeat purchasing as well as maintain high levels of customer engagement are not successful, our growth prospects and revenue will be materially adversely affected.*<br><br>Our ability to grow our business depends on our ability to retain our existing customer base and generate increased revenue and repeat purchases from this customer base, and maintain high levels of customer engagement . . .[i]f we fail to increase net revenue per active customer, generate repeat purchases or maintain high levels of customer engagement, our growth prospects, operating results and financial condition could be materially adversely affected." | Ex. D, 2017 10-K at 8 |
| "*We have a history of losses and expect to have operating losses and negative cash flow as we continue to expand our business* . . .<br><br>Because the market for purchasing home goods online is rapidly evolving and has not yet reached widespread adoption, it is difficult for us to predict our future operating results.  As a result, our losses may be larger than anticipated, and *we may never achieve profitability* . . . if our future growth and operating performance fail to meet investor or analyst expectations, or if we have future negative cash flow *or losses resulting from our investment in acquiring new customers*, our financial condition and stock price could be materially adversely affected." (emphasis added). | Ex. D, 2017 10-K at 10 |
| "*We may be unable to accurately forecast net revenue and appropriately plan our expenses in the future.* | Ex. D, 2017 10-K at 15 |

10

| | |
|---|---|
| Net revenue and operating results are difficult to forecast because they generally depend on the volume, timing, and type of orders we receive, all of which are uncertain . . . *[w]e cannot be sure the same growth rates, trends, and other key performance metrics are meaningful predictors of future growth*. If our assumptions prove to be wrong, *we may spend more than we anticipate acquiring and retaining customers or may generate less net revenue per active customer than anticipated*, any of which could have a negative impact on our business and result of operations . . . [i]n addition, we experience seasonal trends in our business, and our mix of product offerings is highly variable from day-to-day and quarter-to-quarter. This variability makes it difficult to predict sales and could result in significant fluctuations in our net revenue from period-to-period." (emphasis added). | |
| "This accelerated headcount growth will, therefore, weigh on our near-term profitability, but we believe they are the right investments to make given the scale of the opportunity we see ahead of us, the success we have seen to date with the prior investments we've made and the positive reaction we are seeing from our customers . . . As I highlighted earlier, we expect the rate of hiring to continue at elevated levels in Q3, and this will weight on Q3 profitability . . ." | Ex. E, Q2 2018 Call Tr. at 9-10 |
| "…there's a lot of positive things for gross margin, too. *So I wouldn't necessarily say in the second half [of 2018], you should see it [profit margin] grow.* I wouldn't say in the second half, you should [see] it drop . . . if you take a *longer-term view*, you say, a number of years out, would I expect the gross margin could rise nicely between now *and a number of years out*, I'd say, yes, because fundamentally, the long-term trends – the positives of the long-term trends are significant . . . so the long-term view on gross margin is significantly positive, *but in the near term, you do have a lot of movement there*." (emphasis added). | Ex. E, Q2 2018 Call Tr. at 18 |
| **"So the way we think about it is we invest very aggressively in the things that we believe are going to be very significant differentiators versus others, things that will be either impossible or very hard for others to replicate**. And which offer the customer very significant benefits. And then when we do it every step along the way is -- we protect the unit economics. So -- in other words, our gross margin, we said that that's going to stay between 23% and 24% for now, *even though we have a lot of deleverage from international* and deleverage from the categories that we're now investing into growing. And it can expand from the -- buying power from the transportation efficiencies. And it can expand by even more than we have in our long-term model. But we're not going to let that number erode below that range right now, even though we're absorbing deleverage. **And we talked about advertising. We talked about the payback cycle and keeping that very tight. So our view is if we protect the unit economics very tightly, and we invest** | Ex. Q, September 5, 2018 Goldman Sachs Global Retailing Conference Call Tr. at 13-14 |

| | |
|---|---|
| **ambitiously in these very material things that change the customer experience and really create significant benefits for consumers and moats versus competitors, what you then basically end up with is through the benefits of scale, through the benefits of the buying power, through the OpEx efficiency, through the mix towards repeat customers on the ad line, you basically evolve into that long-term margin automatically**. **And you do it while scaling at a tremendous rate, which -- the function of our profitability will be retail doesn't have a super high profit margin**. But when you take the profit margin we talk about, and you multiply it by a very large top line, you start talking about a very significantly profitable company. . . <br><br> The U.S. has now been **EBITDA profitable, 6 of the last 7 quarters**, and that's even though -- its $5.5 billion run rate growing at 40%, right. So what happens is as our business grows faster, it throws off more contribution margin which tends to basically then let you outpace the investments even faster. *So I'm not going to share a specific answer to your question. Next time you have to get Michael up here if you want to get really into long-term guidance and I think he'll politely decline, but you can try it with him*. But what you'll see is that if you look at the -- what just happened with the U.S. from the time we went public 4 years ago until now, you can actually see how growing very quickly actually evolves you into the profitable model. **And actually your enemy will be growing slowly or underinvesting, which basically would inhibit the repeat cycle. And I think that's the thing that's not understood.  People think that profitability will be an outcome of trying to grow slower or not investing. And I think that's where a lot of companies get tripped up**." (emphasis added). | |