# EXHIBIT C

S&P
Capital IQ



| Dates | Wayfair Inc. (NYSE:W) - Share Pricing |
|---|---|
| Jan-02-2015 | 20.78 |
| Jan-05-2015 | 22.02 |
| Jan-06-2015 | 22.60 |
| Jan-07-2015 | 22.34 |
| Jan-08-2015 | 21.40 |
| Jan-09-2015 | 20.90 |
| Jan-12-2015 | 21.82 |
| Jan-13-2015 | 22.21 |
| Jan-14-2015 | 22.22 |
| Jan-15-2015 | 23.28 |
| Jan-16-2015 | 22.50 |
| Jan-20-2015 | 21.35 |
| Jan-21-2015 | 21.21 |
| Jan-22-2015 | 20.52 |
| Jan-23-2015 | 20.45 |
| Jan-26-2015 | 20.11 |
| Jan-27-2015 | 20.00 |
| Jan-28-2015 | 19.34 |
| Jan-29-2015 | 19.12 |
| Jan-30-2015 | 19.56 |
| Feb-02-2015 | 20.09 |
| Feb-03-2015 | 21.32 |
| Feb-04-2015 | 21.04 |
| Feb-05-2015 | 21.87 |
| Feb-06-2015 | 21.40 |
| Feb-09-2015 | 21.17 |
| Feb-10-2015 | 21.46 |
| Feb-11-2015 | 22.00 |
| Feb-12-2015 | 22.97 |
| Feb-13-2015 | 21.96 |
| Feb-17-2015 | 22.18 |
| Feb-18-2015 | 22.28 |
| Feb-19-2015 | 23.45 |
| Feb-20-2015 | 24.53 |
| Feb-23-2015 | 24.43 |
| Feb-24-2015 | 24.12 |
| Feb-25-2015 | 23.67 |
| Feb-26-2015 | 23.50 |
| Feb-27-2015 | 23.35 |
| Mar-02-2015 | 23.56 |
| Mar-03-2015 | 25.25 |
| Mar-04-2015 | 28.90 |
| Mar-05-2015 | 27.78 |
| Mar-06-2015 | 28.81 |
| Mar-09-2015 | 29.04 |
| Mar-10-2015 | 28.26 |
| Mar-11-2015 | 28.57 |
| Mar-12-2015 | 29.87 |
| Mar-13-2015 | 32.45 |
| Mar-16-2015 | 32.48 |

| | |
|---|---|
| Mar-17-2015 | 30.85 |
| Mar-18-2015 | 31.26 |
| Mar-19-2015 | 33.07 |
| Mar-20-2015 | 31.94 |
| Mar-23-2015 | 32.22 |
| Mar-24-2015 | 31.40 |
| Mar-25-2015 | 30.87 |
| Mar-26-2015 | 31.25 |
| Mar-27-2015 | 32.33 |
| Mar-30-2015 | 33.46 |
| Mar-31-2015 | 32.12 |
| Apr-01-2015 | 31.36 |
| Apr-02-2015 | 30.81 |
| Apr-06-2015 | 31.56 |
| Apr-07-2015 | 31.74 |
| Apr-08-2015 | 32.92 |
| Apr-09-2015 | 32.78 |
| Apr-10-2015 | 33.72 |
| Apr-13-2015 | 34.15 |
| Apr-14-2015 | 34.06 |
| Apr-15-2015 | 33.79 |
| Apr-16-2015 | 34.53 |
| Apr-17-2015 | 32.07 |
| Apr-20-2015 | 32.15 |
| Apr-21-2015 | 32.60 |
| Apr-22-2015 | 32.32 |
| Apr-23-2015 | 33.07 |
| Apr-24-2015 | 32.74 |
| Apr-27-2015 | 33.84 |
| Apr-28-2015 | 32.96 |
| Apr-29-2015 | 33.10 |
| Apr-30-2015 | 32.12 |
| May-01-2015 | 30.03 |
| May-04-2015 | 29.56 |
| May-05-2015 | 29.33 |
| May-06-2015 | 27.76 |
| May-07-2015 | 28.55 |
| May-08-2015 | 30.78 |
| May-11-2015 | 30.01 |
| May-12-2015 | 29.99 |
| May-13-2015 | 28.80 |
| May-14-2015 | 28.51 |
| May-15-2015 | 29.05 |
| May-18-2015 | 28.32 |
| May-19-2015 | 28.65 |
| May-20-2015 | 28.34 |
| May-21-2015 | 29.95 |
| May-22-2015 | 30.89 |
| May-26-2015 | 29.65 |
| May-27-2015 | 29.52 |
| May-28-2015 | 29.18 |

| | |
|---|---|
| May-29-2015 | 29.89 |
| Jun-01-2015 | 28.81 |
| Jun-02-2015 | 29.26 |
| Jun-03-2015 | 30.74 |
| Jun-04-2015 | 30.64 |
| Jun-05-2015 | 33.06 |
| Jun-08-2015 | 33.55 |
| Jun-09-2015 | 33.71 |
| Jun-10-2015 | 34.07 |
| Jun-11-2015 | 34.09 |
| Jun-12-2015 | 34.18 |
| Jun-15-2015 | 33.16 |
| Jun-16-2015 | 34.28 |
| Jun-17-2015 | 34.81 |
| Jun-18-2015 | 37.53 |
| Jun-19-2015 | 37.97 |
| Jun-22-2015 | 38.79 |
| Jun-23-2015 | 37.94 |
| Jun-24-2015 | 37.36 |
| Jun-25-2015 | 37.24 |
| Jun-26-2015 | 38.18 |
| Jun-29-2015 | 36.79 |
| Jun-30-2015 | 37.64 |
| Jul-01-2015 | 37.98 |
| Jul-02-2015 | 37.70 |
| Jul-06-2015 | 36.90 |
| Jul-07-2015 | 37.01 |
| Jul-08-2015 | 35.45 |
| Jul-09-2015 | 36.32 |
| Jul-10-2015 | 37.35 |
| Jul-13-2015 | 38.15 |
| Jul-14-2015 | 38.13 |
| Jul-15-2015 | 37.14 |
| Jul-16-2015 | 37.23 |
| Jul-17-2015 | 38.98 |
| Jul-20-2015 | 39.64 |
| Jul-21-2015 | 38.87 |
| Jul-22-2015 | 38.02 |
| Jul-23-2015 | 38.81 |
| Jul-24-2015 | 39.28 |
| Jul-27-2015 | 37.16 |
| Jul-28-2015 | 37.86 |
| Jul-29-2015 | 37.74 |
| Jul-30-2015 | 37.09 |
| Jul-31-2015 | 37.31 |
| Aug-03-2015 | 36.76 |
| Aug-04-2015 | 38.78 |
| Aug-05-2015 | 39.57 |
| Aug-06-2015 | 37.15 |
| Aug-07-2015 | 36.52 |
| Aug-10-2015 | 38.13 |

| | |
|---|---|
| Aug-11-2015 | 38.17 |
| Aug-12-2015 | 48.95 |
| Aug-13-2015 | 53.58 |
| Aug-14-2015 | 49.53 |
| Aug-17-2015 | 50.39 |
| Aug-18-2015 | 45.11 |
| Aug-19-2015 | 43.89 |
| Aug-20-2015 | 43.22 |
| Aug-21-2015 | 43.83 |
| Aug-24-2015 | 40.97 |
| Aug-25-2015 | 42.32 |
| Aug-26-2015 | 43.05 |
| Aug-27-2015 | 41.74 |
| Aug-28-2015 | 42.22 |
| Aug-31-2015 | 37.30 |
| Sep-01-2015 | 36.45 |
| Sep-02-2015 | 36.27 |
| Sep-03-2015 | 34.91 |
| Sep-04-2015 | 35.21 |
| Sep-08-2015 | 37.59 |
| Sep-09-2015 | 36.88 |
| Sep-10-2015 | 35.36 |
| Sep-11-2015 | 33.05 |
| Sep-14-2015 | 32.58 |
| Sep-15-2015 | 32.75 |
| Sep-16-2015 | 33.56 |
| Sep-17-2015 | 33.80 |
| Sep-18-2015 | 34.14 |
| Sep-21-2015 | 33.99 |
| Sep-22-2015 | 34.53 |
| Sep-23-2015 | 35.65 |
| Sep-24-2015 | 35.17 |
| Sep-25-2015 | 36.00 |
| Sep-28-2015 | 36.32 |
| Sep-29-2015 | 34.17 |
| Sep-30-2015 | 35.06 |
| Oct-01-2015 | 35.85 |
| Oct-02-2015 | 36.18 |
| Oct-05-2015 | 38.10 |
| Oct-06-2015 | 39.35 |
| Oct-07-2015 | 38.26 |
| Oct-08-2015 | 39.45 |
| Oct-09-2015 | 39.07 |
| Oct-12-2015 | 38.41 |
| Oct-13-2015 | 38.79 |
| Oct-14-2015 | 39.57 |
| Oct-15-2015 | 40.79 |
| Oct-16-2015 | 42.48 |
| Oct-19-2015 | 44.91 |
| Oct-20-2015 | 45.38 |
| Oct-21-2015 | 44.96 |

| | |
|---|---|
| Oct-22-2015 | 44.06 |
| Oct-23-2015 | 41.27 |
| Oct-26-2015 | 40.79 |
| Oct-27-2015 | 41.65 |
| Oct-28-2015 | 43.13 |
| Oct-29-2015 | 42.94 |
| Oct-30-2015 | 42.27 |
| Nov-02-2015 | 43.60 |
| Nov-03-2015 | 45.14 |
| Nov-04-2015 | 44.51 |
| Nov-05-2015 | 43.33 |
| Nov-06-2015 | 44.12 |
| Nov-09-2015 | 45.84 |
| Nov-10-2015 | 39.43 |
| Nov-11-2015 | 41.57 |
| Nov-12-2015 | 38.91 |
| Nov-13-2015 | 36.52 |
| Nov-16-2015 | 37.28 |
| Nov-17-2015 | 35.80 |
| Nov-18-2015 | 35.78 |
| Nov-19-2015 | 35.51 |
| Nov-20-2015 | 37.28 |
| Nov-23-2015 | 39.69 |
| Nov-24-2015 | 38.12 |
| Nov-25-2015 | 38.05 |
| Nov-27-2015 | 38.16 |
| Nov-30-2015 | 37.91 |
| Dec-01-2015 | 37.93 |
| Dec-02-2015 | 41.83 |
| Dec-03-2015 | 41.03 |
| Dec-04-2015 | 42.48 |
| Dec-07-2015 | 44.75 |
| Dec-08-2015 | 45.89 |
| Dec-09-2015 | 45.20 |
| Dec-10-2015 | 47.20 |
| Dec-11-2015 | 44.73 |
| Dec-14-2015 | 46.25 |
| Dec-15-2015 | 45.95 |
| Dec-16-2015 | 47.12 |
| Dec-17-2015 | 46.87 |
| Dec-18-2015 | 48.38 |
| Dec-21-2015 | 47.98 |
| Dec-22-2015 | 48.45 |
| Dec-23-2015 | 49.57 |
| Dec-24-2015 | 47.92 |
| Dec-28-2015 | 48.77 |
| Dec-29-2015 | 49.45 |
| Dec-30-2015 | 48.93 |
| Dec-31-2015 | 47.62 |
| Jan-04-2016 | 44.19 |
| Jan-05-2016 | 43.46 |

| | |
|---|---|
| Jan-06-2016 | 42.96 |
| Jan-07-2016 | 41.50 |
| Jan-08-2016 | 42.15 |
| Jan-11-2016 | 41.32 |
| Jan-12-2016 | 43.95 |
| Jan-13-2016 | 41.22 |
| Jan-14-2016 | 40.03 |
| Jan-15-2016 | 37.81 |
| Jan-19-2016 | 38.40 |
| Jan-20-2016 | 42.14 |
| Jan-21-2016 | 41.81 |
| Jan-22-2016 | 44.19 |
| Jan-25-2016 | 45.03 |
| Jan-26-2016 | 45.35 |
| Jan-27-2016 | 44.11 |
| Jan-28-2016 | 44.43 |
| Jan-29-2016 | 45.20 |
| Feb-01-2016 | 43.47 |
| Feb-02-2016 | 41.10 |
| Feb-03-2016 | 40.25 |
| Feb-04-2016 | 42.31 |
| Feb-05-2016 | 40.32 |
| Feb-08-2016 | 33.99 |
| Feb-09-2016 | 31.89 |
| Feb-10-2016 | 34.48 |
| Feb-11-2016 | 34.28 |
| Feb-12-2016 | 35.91 |
| Feb-16-2016 | 38.57 |
| Feb-17-2016 | 39.31 |
| Feb-18-2016 | 38.33 |
| Feb-19-2016 | 39.56 |
| Feb-22-2016 | 40.14 |
| Feb-23-2016 | 40.91 |
| Feb-24-2016 | 40.47 |
| Feb-25-2016 | 44.77 |
| Feb-26-2016 | 41.29 |
| Feb-29-2016 | 38.97 |
| Mar-01-2016 | 40.23 |
| Mar-02-2016 | 43.95 |
| Mar-03-2016 | 45.43 |
| Mar-04-2016 | 44.73 |
| Mar-07-2016 | 44.09 |
| Mar-08-2016 | 43.75 |
| Mar-09-2016 | 43.63 |
| Mar-10-2016 | 43.80 |
| Mar-11-2016 | 45.15 |
| Mar-14-2016 | 42.87 |
| Mar-15-2016 | 42.36 |
| Mar-16-2016 | 44.10 |
| Mar-17-2016 | 44.91 |
| Mar-18-2016 | 41.71 |

| | |
|---|---|
| Mar-21-2016 | 38.06 |
| Mar-22-2016 | 39.94 |
| Mar-23-2016 | 39.33 |
| Mar-24-2016 | 40.29 |
| Mar-28-2016 | 40.80 |
| Mar-29-2016 | 43.33 |
| Mar-30-2016 | 40.78 |
| Mar-31-2016 | 43.22 |
| Apr-01-2016 | 43.96 |
| Apr-04-2016 | 42.42 |
| Apr-05-2016 | 41.76 |
| Apr-06-2016 | 42.17 |
| Apr-07-2016 | 42.19 |
| Apr-08-2016 | 40.41 |
| Apr-11-2016 | 39.88 |
| Apr-12-2016 | 40.99 |
| Apr-13-2016 | 42.00 |
| Apr-14-2016 | 41.34 |
| Apr-15-2016 | 42.40 |
| Apr-18-2016 | 40.79 |
| Apr-19-2016 | 41.20 |
| Apr-20-2016 | 42.13 |
| Apr-21-2016 | 40.50 |
| Apr-22-2016 | 40.56 |
| Apr-25-2016 | 39.18 |
| Apr-26-2016 | 38.54 |
| Apr-27-2016 | 38.96 |
| Apr-28-2016 | 38.00 |
| Apr-29-2016 | 37.75 |
| May-02-2016 | 35.61 |
| May-03-2016 | 36.04 |
| May-04-2016 | 35.80 |
| May-05-2016 | 36.06 |
| May-06-2016 | 35.99 |
| May-09-2016 | 39.65 |
| May-10-2016 | 38.70 |
| May-11-2016 | 38.28 |
| May-12-2016 | 37.84 |
| May-13-2016 | 38.62 |
| May-16-2016 | 38.82 |
| May-17-2016 | 39.83 |
| May-18-2016 | 40.13 |
| May-19-2016 | 40.00 |
| May-20-2016 | 40.48 |
| May-23-2016 | 40.89 |
| May-24-2016 | 39.75 |
| May-25-2016 | 40.36 |
| May-26-2016 | 40.13 |
| May-27-2016 | 40.80 |
| May-31-2016 | 41.18 |
| Jun-01-2016 | 40.64 |

| | |
|---|---|
| Jun-02-2016 | 41.49 |
| Jun-03-2016 | 42.04 |
| Jun-06-2016 | 40.99 |
| Jun-07-2016 | 41.97 |
| Jun-08-2016 | 42.94 |
| Jun-09-2016 | 40.18 |
| Jun-10-2016 | 38.01 |
| Jun-13-2016 | 38.00 |
| Jun-14-2016 | 37.09 |
| Jun-15-2016 | 38.26 |
| Jun-16-2016 | 38.48 |
| Jun-17-2016 | 39.15 |
| Jun-20-2016 | 40.23 |
| Jun-21-2016 | 41.26 |
| Jun-22-2016 | 41.67 |
| Jun-23-2016 | 42.74 |
| Jun-24-2016 | 40.25 |
| Jun-27-2016 | 38.84 |
| Jun-28-2016 | 38.50 |
| Jun-29-2016 | 39.15 |
| Jun-30-2016 | 39.00 |
| Jul-01-2016 | 38.06 |
| Jul-05-2016 | 38.99 |
| Jul-06-2016 | 39.93 |
| Jul-07-2016 | 40.21 |
| Jul-08-2016 | 40.47 |
| Jul-11-2016 | 40.45 |
| Jul-12-2016 | 41.42 |
| Jul-13-2016 | 40.51 |
| Jul-14-2016 | 39.09 |
| Jul-15-2016 | 38.79 |
| Jul-18-2016 | 40.22 |
| Jul-19-2016 | 39.43 |
| Jul-20-2016 | 40.20 |
| Jul-21-2016 | 39.38 |
| Jul-22-2016 | 39.91 |
| Jul-25-2016 | 39.48 |
| Jul-26-2016 | 40.30 |
| Jul-27-2016 | 40.25 |
| Jul-28-2016 | 42.77 |
| Jul-29-2016 | 43.50 |
| Aug-01-2016 | 44.34 |
| Aug-02-2016 | 46.45 |
| Aug-03-2016 | 47.69 |
| Aug-04-2016 | 47.55 |
| Aug-05-2016 | 48.03 |
| Aug-08-2016 | 48.25 |
| Aug-09-2016 | 38.80 |
| Aug-10-2016 | 37.72 |
| Aug-11-2016 | 38.18 |
| Aug-12-2016 | 38.99 |

| | |
|---|---|
| Aug-15-2016 | 39.00 |
| Aug-16-2016 | 38.05 |
| Aug-17-2016 | 37.39 |
| Aug-18-2016 | 37.88 |
| Aug-19-2016 | 38.23 |
| Aug-22-2016 | 37.89 |
| Aug-23-2016 | 38.11 |
| Aug-24-2016 | 38.12 |
| Aug-25-2016 | 38.14 |
| Aug-26-2016 | 38.99 |
| Aug-29-2016 | 38.36 |
| Aug-30-2016 | 38.46 |
| Aug-31-2016 | 38.51 |
| Sep-01-2016 | 39.29 |
| Sep-02-2016 | 38.79 |
| Sep-06-2016 | 40.49 |
| Sep-07-2016 | 40.60 |
| Sep-08-2016 | 41.39 |
| Sep-09-2016 | 38.18 |
| Sep-12-2016 | 38.62 |
| Sep-13-2016 | 37.55 |
| Sep-14-2016 | 39.55 |
| Sep-15-2016 | 40.33 |
| Sep-16-2016 | 42.10 |
| Sep-19-2016 | 41.56 |
| Sep-20-2016 | 42.06 |
| Sep-21-2016 | 42.76 |
| Sep-22-2016 | 42.81 |
| Sep-23-2016 | 41.98 |
| Sep-26-2016 | 41.24 |
| Sep-27-2016 | 41.24 |
| Sep-28-2016 | 40.52 |
| Sep-29-2016 | 39.44 |
| Sep-30-2016 | 39.37 |
| Oct-03-2016 | 38.42 |
| Oct-04-2016 | 38.53 |
| Oct-05-2016 | 39.15 |
| Oct-06-2016 | 39.09 |
| Oct-07-2016 | 37.99 |
| Oct-10-2016 | 37.42 |
| Oct-11-2016 | 36.19 |
| Oct-12-2016 | 36.59 |
| Oct-13-2016 | 36.47 |
| Oct-14-2016 | 35.43 |
| Oct-17-2016 | 35.73 |
| Oct-18-2016 | 36.42 |
| Oct-19-2016 | 36.72 |
| Oct-20-2016 | 36.26 |
| Oct-21-2016 | 36.28 |
| Oct-24-2016 | 36.56 |
| Oct-25-2016 | 35.24 |

| | |
|---|---|
| Oct-26-2016 | 34.53 |
| Oct-27-2016 | 34.15 |
| Oct-28-2016 | 33.37 |
| Oct-31-2016 | 33.33 |
| Nov-01-2016 | 32.29 |
| Nov-02-2016 | 31.96 |
| Nov-03-2016 | 32.28 |
| Nov-04-2016 | 32.51 |
| Nov-07-2016 | 33.65 |
| Nov-08-2016 | 32.26 |
| Nov-09-2016 | 34.01 |
| Nov-10-2016 | 35.50 |
| Nov-11-2016 | 35.71 |
| Nov-14-2016 | 36.09 |
| Nov-15-2016 | 36.81 |
| Nov-16-2016 | 36.68 |
| Nov-17-2016 | 35.51 |
| Nov-18-2016 | 33.30 |
| Nov-21-2016 | 33.60 |
| Nov-22-2016 | 34.92 |
| Nov-23-2016 | 35.04 |
| Nov-25-2016 | 35.02 |
| Nov-28-2016 | 34.03 |
| Nov-29-2016 | 34.74 |
| Nov-30-2016 | 36.45 |
| Dec-01-2016 | 36.41 |
| Dec-02-2016 | 37.11 |
| Dec-05-2016 | 36.72 |
| Dec-06-2016 | 37.02 |
| Dec-07-2016 | 37.22 |
| Dec-08-2016 | 38.58 |
| Dec-09-2016 | 37.93 |
| Dec-12-2016 | 38.13 |
| Dec-13-2016 | 38.53 |
| Dec-14-2016 | 38.28 |
| Dec-15-2016 | 38.31 |
| Dec-16-2016 | 37.47 |
| Dec-19-2016 | 37.99 |
| Dec-20-2016 | 37.64 |
| Dec-21-2016 | 37.19 |
| Dec-22-2016 | 36.40 |
| Dec-23-2016 | 35.25 |
| Dec-27-2016 | 36.25 |
| Dec-28-2016 | 35.96 |
| Dec-29-2016 | 35.47 |
| Dec-30-2016 | 35.05 |
| Jan-03-2017 | 35.18 |
| Jan-04-2017 | 36.48 |
| Jan-05-2017 | 37.17 |
| Jan-06-2017 | 37.36 |
| Jan-09-2017 | 38.05 |

| | |
|---|---|
| Jan-10-2017 | 41.04 |
| Jan-11-2017 | 40.85 |
| Jan-12-2017 | 40.37 |
| Jan-13-2017 | 39.67 |
| Jan-17-2017 | 40.55 |
| Jan-18-2017 | 40.23 |
| Jan-19-2017 | 40.12 |
| Jan-20-2017 | 40.15 |
| Jan-23-2017 | 39.88 |
| Jan-24-2017 | 41.07 |
| Jan-25-2017 | 41.56 |
| Jan-26-2017 | 42.25 |
| Jan-27-2017 | 42.31 |
| Jan-30-2017 | 41.73 |
| Jan-31-2017 | 41.56 |
| Feb-01-2017 | 41.57 |
| Feb-02-2017 | 41.82 |
| Feb-03-2017 | 42.19 |
| Feb-06-2017 | 42.60 |
| Feb-07-2017 | 42.59 |
| Feb-08-2017 | 42.24 |
| Feb-09-2017 | 42.28 |
| Feb-10-2017 | 42.79 |
| Feb-13-2017 | 41.91 |
| Feb-14-2017 | 41.20 |
| Feb-15-2017 | 41.49 |
| Feb-16-2017 | 40.17 |
| Feb-17-2017 | 40.13 |
| Feb-21-2017 | 40.26 |
| Feb-22-2017 | 41.26 |
| Feb-23-2017 | 38.58 |
| Feb-24-2017 | 39.30 |
| Feb-27-2017 | 39.13 |
| Feb-28-2017 | 37.81 |
| Mar-01-2017 | 37.88 |
| Mar-02-2017 | 37.23 |
| Mar-03-2017 | 36.37 |
| Mar-06-2017 | 35.80 |
| Mar-07-2017 | 35.78 |
| Mar-08-2017 | 35.92 |
| Mar-09-2017 | 36.14 |
| Mar-10-2017 | 36.10 |
| Mar-13-2017 | 37.25 |
| Mar-14-2017 | 37.01 |
| Mar-15-2017 | 37.74 |
| Mar-16-2017 | 38.74 |
| Mar-17-2017 | 38.81 |
| Mar-20-2017 | 39.69 |
| Mar-21-2017 | 38.58 |
| Mar-22-2017 | 38.73 |
| Mar-23-2017 | 38.30 |

| | |
|---|---|
| Mar-24-2017 | 38.37 |
| Mar-27-2017 | 39.35 |
| Mar-28-2017 | 39.01 |
| Mar-29-2017 | 40.25 |
| Mar-30-2017 | 39.90 |
| Mar-31-2017 | 40.49 |
| Apr-03-2017 | 41.37 |
| Apr-04-2017 | 41.29 |
| Apr-05-2017 | 40.21 |
| Apr-06-2017 | 41.59 |
| Apr-07-2017 | 42.65 |
| Apr-10-2017 | 44.04 |
| Apr-11-2017 | 44.00 |
| Apr-12-2017 | 44.63 |
| Apr-13-2017 | 43.51 |
| Apr-17-2017 | 43.84 |
| Apr-18-2017 | 43.90 |
| Apr-19-2017 | 45.68 |
| Apr-20-2017 | 45.62 |
| Apr-21-2017 | 45.96 |
| Apr-24-2017 | 43.48 |
| Apr-25-2017 | 44.22 |
| Apr-26-2017 | 44.07 |
| Apr-27-2017 | 45.32 |
| Apr-28-2017 | 45.71 |
| May-01-2017 | 47.02 |
| May-02-2017 | 49.00 |
| May-03-2017 | 48.39 |
| May-04-2017 | 48.45 |
| May-05-2017 | 48.52 |
| May-08-2017 | 51.13 |
| May-09-2017 | 61.73 |
| May-10-2017 | 64.16 |
| May-11-2017 | 64.54 |
| May-12-2017 | 60.68 |
| May-15-2017 | 61.09 |
| May-16-2017 | 61.28 |
| May-17-2017 | 61.74 |
| May-18-2017 | 63.61 |
| May-19-2017 | 61.92 |
| May-22-2017 | 63.86 |
| May-23-2017 | 63.71 |
| May-24-2017 | 64.75 |
| May-25-2017 | 63.49 |
| May-26-2017 | 65.00 |
| May-30-2017 | 64.09 |
| May-31-2017 | 62.95 |
| Jun-01-2017 | 66.48 |
| Jun-02-2017 | 68.18 |
| Jun-05-2017 | 68.59 |
| Jun-06-2017 | 69.53 |

| | |
|---|---|
| Jun-07-2017 | 68.93 |
| Jun-08-2017 | 73.16 |
| Jun-09-2017 | 70.07 |
| Jun-12-2017 | 70.55 |
| Jun-13-2017 | 70.56 |
| Jun-14-2017 | 71.78 |
| Jun-15-2017 | 74.11 |
| Jun-16-2017 | 76.17 |
| Jun-19-2017 | 73.46 |
| Jun-20-2017 | 74.50 |
| Jun-21-2017 | 75.41 |
| Jun-22-2017 | 76.32 |
| Jun-23-2017 | 76.98 |
| Jun-26-2017 | 75.85 |
| Jun-27-2017 | 75.27 |
| Jun-28-2017 | 76.03 |
| Jun-29-2017 | 74.03 |
| Jun-30-2017 | 76.88 |
| Jul-03-2017 | 74.46 |
| Jul-05-2017 | 75.48 |
| Jul-06-2017 | 74.24 |
| Jul-07-2017 | 74.06 |
| Jul-10-2017 | 73.72 |
| Jul-11-2017 | 75.22 |
| Jul-12-2017 | 75.59 |
| Jul-13-2017 | 78.17 |
| Jul-14-2017 | 76.74 |
| Jul-17-2017 | 75.05 |
| Jul-18-2017 | 75.72 |
| Jul-19-2017 | 75.82 |
| Jul-20-2017 | 76.75 |
| Jul-21-2017 | 76.06 |
| Jul-24-2017 | 76.16 |
| Jul-25-2017 | 76.91 |
| Jul-26-2017 | 79.36 |
| Jul-27-2017 | 77.05 |
| Jul-28-2017 | 78.20 |
| Jul-31-2017 | 76.35 |
| Aug-01-2017 | 75.78 |
| Aug-02-2017 | 73.83 |
| Aug-03-2017 | 77.33 |
| Aug-04-2017 | 80.36 |
| Aug-07-2017 | 80.57 |
| Aug-08-2017 | 75.52 |
| Aug-09-2017 | 72.82 |
| Aug-10-2017 | 69.01 |
| Aug-11-2017 | 69.69 |
| Aug-14-2017 | 70.81 |
| Aug-15-2017 | 70.85 |
| Aug-16-2017 | 70.68 |
| Aug-17-2017 | 67.07 |

| | |
|---|---|
| Aug-18-2017 | 66.87 |
| Aug-21-2017 | 66.00 |
| Aug-22-2017 | 67.51 |
| Aug-23-2017 | 67.40 |
| Aug-24-2017 | 67.19 |
| Aug-25-2017 | 69.20 |
| Aug-28-2017 | 68.56 |
| Aug-29-2017 | 68.29 |
| Aug-30-2017 | 69.78 |
| Aug-31-2017 | 71.01 |
| Sep-01-2017 | 72.46 |
| Sep-05-2017 | 73.63 |
| Sep-06-2017 | 73.06 |
| Sep-07-2017 | 73.80 |
| Sep-08-2017 | 77.23 |
| Sep-11-2017 | 77.08 |
| Sep-12-2017 | 82.38 |
| Sep-13-2017 | 80.97 |
| Sep-14-2017 | 80.23 |
| Sep-15-2017 | 79.76 |
| Sep-18-2017 | 80.29 |
| Sep-19-2017 | 79.92 |
| Sep-20-2017 | 83.77 |
| Sep-21-2017 | 81.75 |
| Sep-22-2017 | 74.59 |
| Sep-25-2017 | 71.23 |
| Sep-26-2017 | 68.44 |
| Sep-27-2017 | 70.27 |
| Sep-28-2017 | 70.47 |
| Sep-29-2017 | 67.40 |
| Oct-02-2017 | 68.46 |
| Oct-03-2017 | 72.80 |
| Oct-04-2017 | 73.03 |
| Oct-05-2017 | 71.17 |
| Oct-06-2017 | 68.99 |
| Oct-09-2017 | 68.28 |
| Oct-10-2017 | 65.95 |
| Oct-11-2017 | 66.22 |
| Oct-12-2017 | 69.18 |
| Oct-13-2017 | 71.42 |
| Oct-16-2017 | 69.73 |
| Oct-17-2017 | 67.76 |
| Oct-18-2017 | 67.13 |
| Oct-19-2017 | 67.15 |
| Oct-20-2017 | 68.04 |
| Oct-23-2017 | 67.10 |
| Oct-24-2017 | 66.45 |
| Oct-25-2017 | 64.52 |
| Oct-26-2017 | 63.83 |
| Oct-27-2017 | 67.55 |
| Oct-30-2017 | 69.66 |

| | |
|---|---|
| Oct-31-2017 | 69.90 |
| Nov-01-2017 | 74.41 |
| Nov-02-2017 | 62.84 |
| Nov-03-2017 | 67.50 |
| Nov-06-2017 | 64.05 |
| Nov-07-2017 | 60.26 |
| Nov-08-2017 | 57.85 |
| Nov-09-2017 | 57.97 |
| Nov-10-2017 | 61.57 |
| Nov-13-2017 | 62.54 |
| Nov-14-2017 | 64.90 |
| Nov-15-2017 | 63.45 |
| Nov-16-2017 | 65.90 |
| Nov-17-2017 | 66.39 |
| Nov-20-2017 | 66.68 |
| Nov-21-2017 | 68.09 |
| Nov-22-2017 | 68.25 |
| Nov-24-2017 | 69.05 |
| Nov-27-2017 | 68.76 |
| Nov-28-2017 | 70.07 |
| Nov-29-2017 | 67.87 |
| Nov-30-2017 | 69.99 |
| Dec-01-2017 | 70.23 |
| Dec-04-2017 | 71.90 |
| Dec-05-2017 | 72.58 |
| Dec-06-2017 | 73.77 |
| Dec-07-2017 | 74.92 |
| Dec-08-2017 | 73.95 |
| Dec-11-2017 | 74.59 |
| Dec-12-2017 | 72.45 |
| Dec-13-2017 | 75.83 |
| Dec-14-2017 | 76.18 |
| Dec-15-2017 | 79.26 |
| Dec-18-2017 | 83.08 |
| Dec-19-2017 | 81.69 |
| Dec-20-2017 | 81.58 |
| Dec-21-2017 | 78.89 |
| Dec-22-2017 | 79.53 |
| Dec-26-2017 | 81.28 |
| Dec-27-2017 | 81.10 |
| Dec-28-2017 | 80.91 |
| Dec-29-2017 | 80.27 |
| Jan-02-2018 | 81.02 |
| Jan-03-2018 | 78.45 |
| Jan-04-2018 | 79.30 |
| Jan-05-2018 | 80.75 |
| Jan-08-2018 | 83.05 |
| Jan-09-2018 | 81.25 |
| Jan-10-2018 | 82.96 |
| Jan-11-2018 | 85.39 |
| Jan-12-2018 | 85.58 |

| | |
|---|---|
| Jan-16-2018 | 84.50 |
| Jan-17-2018 | 85.56 |
| Jan-18-2018 | 85.56 |
| Jan-19-2018 | 87.84 |
| Jan-22-2018 | 90.64 |
| Jan-23-2018 | 90.18 |
| Jan-24-2018 | 90.84 |
| Jan-25-2018 | 91.16 |
| Jan-26-2018 | 93.30 |
| Jan-29-2018 | 94.36 |
| Jan-30-2018 | 92.98 |
| Jan-31-2018 | 92.01 |
| Feb-01-2018 | 91.73 |
| Feb-02-2018 | 90.78 |
| Feb-05-2018 | 89.27 |
| Feb-06-2018 | 91.99 |
| Feb-07-2018 | 91.13 |
| Feb-08-2018 | 88.98 |
| Feb-09-2018 | 90.68 |
| Feb-12-2018 | 92.02 |
| Feb-13-2018 | 92.55 |
| Feb-14-2018 | 97.07 |
| Feb-15-2018 | 96.76 |
| Feb-16-2018 | 97.52 |
| Feb-20-2018 | 96.30 |
| Feb-21-2018 | 95.69 |
| Feb-22-2018 | 73.95 |
| Feb-23-2018 | 75.25 |
| Feb-26-2018 | 75.01 |
| Feb-27-2018 | 76.27 |
| Feb-28-2018 | 77.42 |
| Mar-01-2018 | 79.28 |
| Mar-02-2018 | 80.34 |
| Mar-05-2018 | 81.22 |
| Mar-06-2018 | 83.13 |
| Mar-07-2018 | 84.64 |
| Mar-08-2018 | 85.37 |
| Mar-09-2018 | 86.26 |
| Mar-12-2018 | 85.00 |
| Mar-13-2018 | 84.36 |
| Mar-14-2018 | 84.86 |
| Mar-15-2018 | 83.96 |
| Mar-16-2018 | 78.95 |
| Mar-19-2018 | 76.53 |
| Mar-20-2018 | 76.50 |
| Mar-21-2018 | 72.45 |
| Mar-22-2018 | 69.27 |
| Mar-23-2018 | 67.58 |
| Mar-26-2018 | 68.01 |
| Mar-27-2018 | 66.54 |
| Mar-28-2018 | 65.14 |

| | |
|---|---|
| Mar-29-2018 | 67.53 |
| Apr-02-2018 | 62.66 |
| Apr-03-2018 | 65.79 |
| Apr-04-2018 | 67.35 |
| Apr-05-2018 | 68.12 |
| Apr-06-2018 | 66.64 |
| Apr-09-2018 | 67.15 |
| Apr-10-2018 | 68.45 |
| Apr-11-2018 | 67.67 |
| Apr-12-2018 | 67.72 |
| Apr-13-2018 | 66.81 |
| Apr-16-2018 | 65.86 |
| Apr-17-2018 | 68.24 |
| Apr-18-2018 | 69.68 |
| Apr-19-2018 | 69.12 |
| Apr-20-2018 | 69.91 |
| Apr-23-2018 | 73.24 |
| Apr-24-2018 | 68.77 |
| Apr-25-2018 | 67.47 |
| Apr-26-2018 | 67.75 |
| Apr-27-2018 | 66.61 |
| Apr-30-2018 | 62.30 |
| May-01-2018 | 65.17 |
| May-02-2018 | 74.07 |
| May-03-2018 | 76.17 |
| May-04-2018 | 80.13 |
| May-07-2018 | 82.16 |
| May-08-2018 | 84.53 |
| May-09-2018 | 83.24 |
| May-10-2018 | 83.65 |
| May-11-2018 | 84.71 |
| May-14-2018 | 83.73 |
| May-15-2018 | 84.59 |
| May-16-2018 | 85.05 |
| May-17-2018 | 85.76 |
| May-18-2018 | 85.72 |
| May-21-2018 | 85.53 |
| May-22-2018 | 84.66 |
| May-23-2018 | 85.49 |
| May-24-2018 | 86.52 |
| May-25-2018 | 89.85 |
| May-29-2018 | 90.98 |
| May-30-2018 | 94.62 |
| May-31-2018 | 92.35 |
| Jun-01-2018 | 94.99 |
| Jun-04-2018 | 98.10 |
| Jun-05-2018 | 100.44 |
| Jun-06-2018 | 105.21 |
| Jun-07-2018 | 101.65 |
| Jun-08-2018 | 105.41 |
| Jun-11-2018 | 103.97 |

| | |
|---|---|
| Jun-12-2018 | 108.14 |
| Jun-13-2018 | 107.43 |
| Jun-14-2018 | 109.50 |
| Jun-15-2018 | 110.87 |
| Jun-18-2018 | 113.82 |
| Jun-19-2018 | 113.87 |
| Jun-20-2018 | 116.16 |
| Jun-21-2018 | 114.28 |
| Jun-22-2018 | 114.84 |
| Jun-25-2018 | 109.81 |
| Jun-26-2018 | 112.21 |
| Jun-27-2018 | 111.46 |
| Jun-28-2018 | 118.64 |
| Jun-29-2018 | 118.76 |
| Jul-02-2018 | 115.91 |
| Jul-03-2018 | 115.94 |
| Jul-05-2018 | 117.82 |
| Jul-06-2018 | 121.74 |
| Jul-09-2018 | 121.12 |
| Jul-10-2018 | 120.70 |
| Jul-11-2018 | 117.17 |
| Jul-12-2018 | 118.06 |
| Jul-13-2018 | 119.17 |
| Jul-16-2018 | 120.77 |
| Jul-17-2018 | 124.65 |
| Jul-18-2018 | 124.25 |
| Jul-19-2018 | 125.61 |
| Jul-20-2018 | 126.50 |
| Jul-23-2018 | 126.88 |
| Jul-24-2018 | 122.49 |
| Jul-25-2018 | 125.97 |
| Jul-26-2018 | 118.47 |
| Jul-27-2018 | 115.50 |
| Jul-30-2018 | 109.67 |
| Jul-31-2018 | 108.82 |
| Aug-01-2018 | 107.23 |
| Aug-02-2018 | 115.32 |
| Aug-03-2018 | 111.64 |
| Aug-06-2018 | 114.50 |
| Aug-07-2018 | 114.95 |
| Aug-08-2018 | 115.77 |
| Aug-09-2018 | 119.72 |
| Aug-10-2018 | 123.39 |
| Aug-13-2018 | 122.27 |
| Aug-14-2018 | 122.24 |
| Aug-15-2018 | 119.43 |
| Aug-16-2018 | 118.68 |
| Aug-17-2018 | 119.31 |
| Aug-20-2018 | 121.99 |
| Aug-21-2018 | 124.95 |
| Aug-22-2018 | 127.34 |

| | |
|---|---|
| Aug-23-2018 | 130.82 |
| Aug-24-2018 | 128.53 |
| Aug-27-2018 | 128.74 |
| Aug-28-2018 | 130.64 |
| Aug-29-2018 | 131.80 |
| Aug-30-2018 | 132.96 |
| Aug-31-2018 | 135.17 |
| Sep-04-2018 | 138.86 |
| Sep-05-2018 | 133.46 |
| Sep-06-2018 | 132.95 |
| Sep-07-2018 | 133.86 |
| Sep-10-2018 | 138.78 |
| Sep-11-2018 | 143.96 |
| Sep-12-2018 | 149.50 |
| Sep-13-2018 | 148.04 |
| Sep-14-2018 | 149.92 |
| Sep-17-2018 | 142.23 |
| Sep-18-2018 | 143.26 |
| Sep-19-2018 | 139.03 |
| Sep-20-2018 | 137.61 |
| Sep-21-2018 | 133.98 |
| Sep-24-2018 | 137.68 |
| Sep-25-2018 | 141.14 |
| Sep-26-2018 | 141.72 |
| Sep-27-2018 | 145.62 |
| Sep-28-2018 | 147.67 |
| Oct-01-2018 | 143.64 |
| Oct-02-2018 | 134.78 |
| Oct-03-2018 | 138.13 |
| Oct-04-2018 | 133.17 |
| Oct-05-2018 | 132.90 |
| Oct-08-2018 | 129.12 |
| Oct-09-2018 | 127.71 |
| Oct-10-2018 | 119.59 |
| Oct-11-2018 | 116.00 |
| Oct-12-2018 | 122.67 |
| Oct-15-2018 | 121.05 |
| Oct-16-2018 | 125.11 |
| Oct-17-2018 | 124.71 |
| Oct-18-2018 | 123.26 |
| Oct-19-2018 | 122.53 |
| Oct-22-2018 | 124.68 |
| Oct-23-2018 | 119.88 |
| Oct-24-2018 | 110.06 |
| Oct-25-2018 | 115.66 |
| Oct-26-2018 | 108.73 |
| Oct-29-2018 | 102.60 |
| Oct-30-2018 | 106.45 |
| Oct-31-2018 | 110.29 |
| Nov-01-2018 | 96.16 |
| Nov-02-2018 | 92.96 |

| | |
|---|---|
| Nov-05-2018 | 97.04 |
| Nov-06-2018 | 93.50 |
| Nov-07-2018 | 97.93 |
| Nov-08-2018 | 98.05 |
| Nov-09-2018 | 93.41 |
| Nov-12-2018 | 91.58 |
| Nov-13-2018 | 92.71 |
| Nov-14-2018 | 87.85 |
| Nov-15-2018 | 89.00 |
| Nov-16-2018 | 87.79 |
| Nov-19-2018 | 82.60 |
| Nov-20-2018 | 84.55 |
| Nov-21-2018 | 88.16 |
| Nov-23-2018 | 88.44 |
| Nov-26-2018 | 91.50 |
| Nov-27-2018 | 91.60 |
| Nov-28-2018 | 104.89 |
| Nov-29-2018 | 105.39 |
| Nov-30-2018 | 106.20 |
| Dec-03-2018 | 112.29 |
| Dec-04-2018 | 108.24 |
| Dec-06-2018 | 111.02 |
| Dec-07-2018 | 104.77 |
| Dec-10-2018 | 108.29 |
| Dec-11-2018 | 107.87 |
| Dec-12-2018 | 107.87 |
| Dec-13-2018 | 103.95 |
| Dec-14-2018 | 103.29 |
| Dec-17-2018 | 93.45 |
| Dec-18-2018 | 93.25 |
| Dec-19-2018 | 90.41 |
| Dec-20-2018 | 85.12 |
| Dec-21-2018 | 82.14 |
| Dec-24-2018 | 80.44 |
| Dec-26-2018 | 89.81 |
| Dec-27-2018 | 92.17 |
| Dec-28-2018 | 90.74 |
| Dec-31-2018 | 90.08 |
| Jan-02-2019 | 90.47 |
| Jan-03-2019 | 84.58 |
| Jan-04-2019 | 90.06 |
| Jan-07-2019 | 95.55 |
| Jan-08-2019 | 96.76 |
| Jan-09-2019 | 98.32 |
| Jan-10-2019 | 99.23 |
| Jan-11-2019 | 96.40 |
| Jan-14-2019 | 93.66 |
| Jan-15-2019 | 93.87 |
| Jan-16-2019 | 95.71 |
| Jan-17-2019 | 96.52 |
| Jan-18-2019 | 102.14 |

| | |
|---|---|
| Jan-22-2019 | 97.24 |
| Jan-23-2019 | 95.98 |
| Jan-24-2019 | 99.86 |
| Jan-25-2019 | 102.19 |
| Jan-28-2019 | 104.47 |
| Jan-29-2019 | 104.22 |
| Jan-30-2019 | 107.79 |
| Jan-31-2019 | 109.46 |
| Feb-01-2019 | 109.99 |
| Feb-04-2019 | 113.61 |
| Feb-05-2019 | 117.00 |
| Feb-06-2019 | 119.65 |
| Feb-07-2019 | 116.61 |
| Feb-08-2019 | 120.42 |
| Feb-11-2019 | 119.44 |
| Feb-12-2019 | 120.92 |
| Feb-13-2019 | 119.77 |
| Feb-14-2019 | 120.08 |
| Feb-15-2019 | 122.11 |
| Feb-19-2019 | 120.13 |
| Feb-20-2019 | 117.99 |
| Feb-21-2019 | 117.28 |
| Feb-22-2019 | 149.95 |
| Feb-25-2019 | 160.28 |
| Feb-26-2019 | 163.51 |
| Feb-27-2019 | 163.85 |
| Feb-28-2019 | 165.68 |
| Mar-01-2019 | 169.83 |
| Mar-04-2019 | 166.49 |
| Mar-05-2019 | 166.23 |
| Mar-06-2019 | 164.97 |
| Mar-07-2019 | 163.27 |
| Mar-08-2019 | 165.10 |
| Mar-11-2019 | 170.17 |
| Mar-12-2019 | 171.57 |
| Mar-13-2019 | 168.72 |
| Mar-14-2019 | 165.32 |
| Mar-15-2019 | 166.01 |
| Mar-18-2019 | 169.25 |
| Mar-19-2019 | 168.32 |
| Mar-20-2019 | 171.14 |
| Mar-21-2019 | 171.37 |
| Mar-22-2019 | 158.50 |
| Mar-25-2019 | 161.55 |
| Mar-26-2019 | 158.50 |
| Mar-27-2019 | 150.32 |
| Mar-28-2019 | 149.79 |
| Mar-29-2019 | 148.45 |
| Apr-01-2019 | 149.00 |