# EXHIBIT G

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2016

OR

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to
Commission File Number: 001-36666

## Wayfair Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **36-4791999** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **4 Copley Place, 7th Floor, Boston, MA** | **02116** |
| (Address of principal executive offices) | (Zip Code) |

**(617) 532-6100**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Class A Common Stock, $0.001 par value | The New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
**None.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐  No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act:

| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
|---|---|---|---|

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates as of June 30, 2016 computed by reference to the closing sale price of $39.00 per share as reported on the New York Stock Exchange on that date was $1.2 billion.

| **Class** | **Outstanding at January 31, 2017** |
|---|---|
| Class A Common Stock, $0.001 par value per share | 50,338,973 |
| Class B Common Stock, $0.001 par value per share | 35,617,581 |

Table of Contents

**Customer Service and Merchant Fees**

Customer service and merchant fees consist of labor-related costs, including equity-based compensation, of our employees involved in customer service activities and merchant processing fees associated with customer payments made by credit cards and debit cards. Increases in our customer service and merchant fees are driven by the growth in our revenue and are expected to remain relatively consistent as a percentage of revenue.

**Advertising**

Advertising consists of direct response performance marketing costs, such as display advertising, paid search advertising, social media advertising, search engine optimization, comparison shopping engine advertising, television advertising, direct mail, catalog and print advertising. We expect advertising expense to continue to increase but decrease as a percentage of net revenue over time due to our increasing base of repeat customers.

**Merchandising, Marketing and Sales**

Merchandising, marketing and sales expenses include labor-related costs, including equity-based compensation, for our category managers, buyers, site merchandisers, merchants, marketers and the team who executes our advertising strategy. Sales, marketing and merchandising expenses are primarily driven by investments to grow and retain our customer base. We expect merchandising, marketing and sales expenses to continue to increase as we grow our net revenue.

**Operations, Technology and General and Administrative**

Operations, technology, general and administrative expenses primarily include labor-related costs, including equity-based compensation, of our operations group that lead our supply chain and logistics, our technology team, building and supporting our sites, and our corporate general and administrative, which includes human resources, finance and accounting personnel. Also included are administrative and professional service fees including audit and legal fees, insurance and other corporate expenses, including depreciation and rent. We anticipate that we will incur additional personnel expenses, professional service fees, including audit and legal, investor relations, costs of compliance with securities laws and regulations, and higher director and officer insurance costs related to operating as a public company. We expect operations, technology, general and administrative expenses will continue to increase as we grow our net revenue and operations.

**Interest Income, Net**

Interest income, net consists primarily of interest earned on cash, cash equivalents and short-term and long-term investments held by us and, in 2016, partially offset by interest expense on the lease financing obligation.

**Other Income (Expense), Net**

Other income (expense), net consists primarily of foreign currency gains (losses), and in the year ended December 31, 2015, a $3.0 million gain related to the sale of our Australian operations.

Table of Contents

**Operating Expenses**

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | | **2016** | | **2015** | **% Change** |
| Customer service and merchant fees (1) | $ | 127,883 | $ | 81,230 | 57.4% |
| Advertising | | 409,125 | | 278,224 | 47.0% |
| Merchandising, marketing and sales (1) | | 177,535 | | 106,149 | 67.3% |
| Operations, technology, general and administrative (1) | | 289,485 | | 156,471 | 85.0% |
| Total operating expenses | $ | 1,004,028 | $ | 622,074 | 61.4% |
| *As a percentage of net revenue* | | | | | |
| *Customer service and merchant fees (1)* | | 3.8% | | 3.6% | |
| *Advertising* | | 12.1% | | 12.4% | |
| *Merchandising, marketing and sales (1)* | | 5.3% | | 4.7% | |
| *Operations, technology, general and administrative (1)* | | 8.5% | | 6.9% | |
| | | 29.7% | | 27.6% | |

(1)  Includes equity-based compensation and related taxes as follows:

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| | | **2016** | | **2015** |
| *Customer service and merchant fees* | $ | 2,108 | $ | 1,007 |
| *Merchandising, marketing and sales* | $ | 24,308 | $ | 15,436 |
| *Operations, technology, general and administrative* | $ | 25,063 | $ | 16,252 |

The following table summarizes operating expenses as a percentage of net revenue, excluding equity-based compensation and related taxes:

| | Year Ended December 31, | |
|---|---|---|
| | **2016** | **2015** |
| *Customer service and merchant fees* | 3.7% | 3.6% |
| *Merchandising, marketing and sales* | 4.5% | 4.0% |
| *Operations, technology, general and administrative* | 7.8% | 6.2% |

Excluding the impact of equity based compensation and related taxes, customer service costs and merchant processing fees increased by $45.6 million in 2016 compared to 2015, primarily due to the increase in net revenue during 2016.

Our advertising expenses increased by $130.9 million in 2016 compared to 2015, primarily as a result of an increase in online and television advertising. Advertising decreased as a percentage of net revenue in 2016 compared to 2015, primarily due to increased leverage from our growing base of repeat customers, and television advertising expense not increasing at the same rate as revenue growth in the U.S., partially offset by advertising investments in Europe and Canada.

Excluding the impact of equity based compensation and related taxes, merchandising, marketing and sales expenses increased by $62.5 million in 2016 compared to 2015, primarily due to an increase in headcount to grow and retain our customer base.

Excluding the impact of equity based compensation and related taxes, operations, technology, general and administrative expense increased by $124.2 million in 2016 compared to 2015. As our revenue continues to grow, we have invested in headcount in both operations and technology to continue to deliver a great experience for our customers. The increase in operations, technology, general and administrative expense was primarily attributable to personnel costs, rent, information technology, and depreciation and amortization.