# EXHIBIT H

Table of Contents

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**
**Commission File Number: 001-36666**

# Wayfair Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **36-4791999** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **4 Copley Place, 7th Floor, Boston, MA** | **02116** |
| (Address of principal executive offices) | (Zip Code) |

**(617) 532-6100**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒                                           Accelerated filer ☐

Non-accelerated filer ☐
(Do not check if a smaller reporting company)                       Smaller reporting company ☐

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

| **Class** | **Outstanding at April 25, 2018** |
|---|---|
| **Class A Common Stock, $0.001 par value per share** | **58,485,849** |
| **Class B Common Stock, $0.001 par value per share** | **30,579,626** |

Table of Contents

**PART I**
**FINANCIAL INFORMATION**

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements other than statements of historical fact contained in this Quarterly Report on Form 10-Q, including statements regarding our future results of operations and financial position, business strategy and plans and objectives of management for future operations, are forward-looking statements. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms or other similar expressions.

Forward-looking statements are based on current expectations of future events. We cannot guarantee that any forward-looking statement will be accurate, although we believe that we have been reasonable in our expectations and assumptions. Investors should realize that if underlying assumptions prove inaccurate or that known or unknown risks or uncertainties materialize, actual results could vary materially from the Company's expectations and projections. Investors are therefore cautioned not to place undue reliance on any forward-looking statements. These forward-looking statements speak only as of the date of this Quarterly Report on Form 10-Q and, except as required by applicable law, we undertake no obligation to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events or otherwise.

Factors that could cause or contribute to differences in our future results include, without limitation, the following:

- our ability to acquire new customers and sustain and/or manage our growth;

- our ability to increase our net revenue per active customer;

- our ability to build and maintain strong brands;

- our ability to manage our global growth and expansion;

- our ability to compete successfully;

- the rate of growth of the Internet and e-commerce;

- economic factors, such as interest rates, currency exchange fluctuations and changes in customer spending;

- world events, natural disasters, public health emergencies, civil disturbances, and terrorist attacks; and

- developments in, and the outcome of, legal and regulatory proceedings and investigations to which we are a party or are subject, and the liabilities, obligations and expenses, if any, that we may incur in connection therewith.

A further list and description of risks, uncertainties and other factors that could cause or contribute to differences in our future results include the cautionary statements herein and in our other filings with the Securities and Exchange Commission, including those set forth under Part II, Item 1A, *Risk Factors* of this Quarterly Report on Form 10-Q and in our Annual Report on Form 10-K for the fiscal year ended December 31, 2017. We qualify all of our forward-looking statements by these cautionary statements.

Table of Contents

### Advertising

Advertising consists of direct response performance marketing costs, such as display advertising, paid search advertising, social media advertising, search engine optimization, comparison shopping engine advertising, television advertising, direct mail, catalog and print advertising. We expect advertising expense to continue to increase but decrease as a percentage of net revenue over time due to our increasing base of repeat customers.

### Selling, Operations, Technology and General and Administrative

Selling, operations, technology, general and administrative expenses primarily include labor-related costs, including equity-based compensation, of our operations group, which includes our supply chain and logistics team, our technology team, which builds and supports our sites, category managers, buyers, site merchandisers, merchants, marketers and the team who executes our advertising strategy, and our corporate general and administrative team, which includes human resources, finance and accounting personnel. Also included are administrative and professional service fees including audit and legal fees, insurance and other corporate expenses, including depreciation and rent. We expect selling, operations, technology, general and administrative expenses will continue to increase as we grow our net revenue and operations.

### Interest Expense, Net

Interest expense, net consists primarily of interest earned on cash, cash equivalents and short-term and long-term investments held by us and partially offset by interest expense on the lease financing obligations.

### Other Income, Net

Other income, net consists primarily of foreign currency (losses) gains.

### Results of Consolidated Operations (in thousands)

### Comparison of the three months ended March 31, 2018 and 2017

#### Net revenue

| | Three months ended March 31, | | | |
| | 2018 | | 2017 | % Change |
|---|---|---|---|---|
| Direct Retail | $ | 1,388,890 | $    940,352 | 47.7% |
| Other | | 15,379 | 20,473 | (24.9)% |
| Net revenue | $ | 1,404,269 | $    960,825 | 46.2% |

In the three months ended March 31, 2018, net revenue increased by $443.4 million, or 46.2% compared to the same period in 2017, primarily as a result of an increase in Direct Retail net revenue. In the three months ended March 31, 2018, Direct Retail net revenue increased by $448.5 million, or 47.7% compared to the same period in 2017, primarily due to sales to a larger customer base, as the number of active customers increased 33.2% as of March 31, 2018 compared to March 31, 2017. Additionally, LTM net revenue per active customer increased 9.6% as of March 31, 2018 compared to March 31, 2017. The $5.1 million or 24.9% decrease in Other revenue in the three months ended March 31, 2018 as compared to the same period in 2017 was primarily due to decreased sales through our retail partners, as we continue to focus more on our Direct Retail business over time.

#### Cost of goods sold

| | Three months ended March 31, | | | |
| | 2018 | | 2017 | % Change |
|---|---|---|---|---|
| Cost of goods sold | $ | 1,080,445 | $    723,942 | 49.2% |
| *As a percentage of net revenue* | | *76.9%* | *75.3%* | |

In the three months ended March 31, 2018, cost of goods sold increased by $356.5 million, or 49.2%, compared to the same period in 2017. Of the increase in cost of goods sold, $271.5 million was due to the increase in products sold to our larger customer base. In addition, shipping and fulfillment costs increased $85.0 million as a result of the increase in products sold during the period. Cost of goods sold as a percentage of net revenue increased in the three months ended March 31, 2018 compared to the same period in 2017 as a result of changes in the mix of the products sold.

Table of Contents

**Operating expenses**

| | Three months ended March 31, | | % Change |
|---|---|---|---|
| | 2018 | 2017 | |
| Customer service and merchant fees (1) | $ 53,884 | $ 35,058 | 53.7% |
| Advertising | 161,646 | 118,265 | 36.7% |
| Selling, operations, technology, general and administrative (1) | 211,363 | 139,766 | 51.2% |
| Total operating expenses | $ 426,893 | $ 293,089 | 45.7% |
| *As a percentage of net revenue* | | | |
| *Customer service and merchant fees (1)* | 3.8% | 3.6% | |
| *Advertising* | 11.5% | 12.3% | |
| *Selling, operations, technology, general and administrative (1)* | 15.1% | 14.6% | |
| | 30.4% | 30.5% | |

(1) Includes equity-based compensation and related taxes as follows:

| | Three months ended March 31, | |
|---|---|---|
| | 2018 | 2017 |
| Customer service and merchant fees | $ 970 | $ 644 |
| Selling, operations, technology, general and administrative | $ 25,612 | $ 14,169 |

The following table summarizes operating expenses as a percentage of net revenue, excluding equity-based compensation and related taxes:

| | Three months ended March 31, | |
|---|---|---|
| | 2018 | 2017 |
| | | |
| *Customer service and merchant fees* | 3.8% | 3.6% |
| *Selling, operations, technology, general and administrative* | 13.2% | 13.1% |

Excluding the impact of equity based compensation and related taxes, customer service costs and merchant processing fees increased by $18.5 million in the three months ended March 31, 2018 compared to the same period in 2017, primarily due to the increase in net revenue during the three months ended March 31, 2018.

Our advertising expenses increased by $43.4 million in the three months ended March 31, 2018 compared to the same period in 2017, primarily as a result of an increase in online and television advertising. Advertising decreased as a percentage of net revenue in the three months ended March 31, 2018 compared to the same period in 2017 primarily due to increased leverage from our growing base of repeat customers, and television advertising expense not increasing at the same rate as revenue growth in the U.S., partially offset by advertising investments in Europe and Canada.

Excluding the impact of equity based compensation and related taxes, selling, operations, technology, general and administrative expense increased by $60.2 million in the three months ended March 31, 2018 compared to the same period in 2017. As our revenue continues to grow, we have invested in headcount in both operations and technology to continue to deliver a great experience for our customers. The increase in selling, operations, technology, general and administrative expense was primarily attributable to personnel costs, rent, information technology, and depreciation and amortization.

**Liquidity and Capital Resources**

**Sources of Liquidity**

| | March 31, 2018 | December 31, 2017 |
|---|---|---|
| | (in thousands) | |
| Cash and cash equivalents | $ 522,026 | $ 558,960 |
| Short-term investments | $ 60,032 | $ 61,032 |
| Accounts receivable, net | $ 31,977 | $ 37,948 |
| Long-term investments | $ 10,962 | $ 21,561 |
| Working capital | $ (2,772) | $ 77,065 |

**Historical Cash Flows**

| | | Three months ended March 31, | | |
|---|---|---|---|---|
| | | **2018** | | **2017** |
| | | (in thousands) | | |
| Net loss | $ | (107,775) | $ | (56,539) |
| Net cash used in operating activities | $ | (13,077) | $ | (46,098) |
| Net cash used in investing activities | $ | (23,394) | $ | (20,822) |
| Net cash used in financing activities | $ | (362) | $ | (538) |

At March 31, 2018, our principal source of liquidity was cash and cash equivalents and short- and long-term investments totaling $593.0 million, which includes $420.4 million of net proceeds from the issuance of our convertible notes in September 2017, partially offset by $44.2 million in premiums paid at the same time for separate capped call transactions. We believe that our existing cash and cash equivalents and investments, together with cash generated from operations and the cash available under our revolving credit facility, will be sufficient to meet our anticipated cash needs for at least the foreseeable future. However, our liquidity assumptions may prove to be incorrect, and we could exhaust our available financial resources sooner than we currently expect. In addition, we may elect to raise additional funds at any time through equity, equity linked or debt financing arrangements.

Capital expenditures were 3.1% of net revenue for the year ended December 31, 2017, and related primarily to our ongoing investments in our technology infrastructure, and equipment purchases and improvements for leased warehouses within our expanding supply chain network. Capital expenditures were 2.5% of net revenue for the quarter ended March 31, 2018. For the three months ended June 30, 2018, we expect capital expenditures to be approximately 4.0% of net revenue as we continue to build out our logistics network.

Our future capital requirements and the adequacy of available funds will depend on many factors, including those described herein and in our other filings with the SEC, including those set forth under in Part II, Item 1A, *Risk Factors*, of this Quarterly Report on Form 10-Q and in our Annual Report on Form 10-K for the year ended December 31, 2017. We may not be able to secure additional financing to meet our operating requirements on acceptable terms, or at all.

### Operating Activities

Cash used in operating activities consisted of net loss adjusted for certain non-cash items including depreciation and amortization, equity-based compensation, and certain other non-cash expenses, as well as the effect of changes in working capital and other activities. Operating cash flows can be volatile and are sensitive to many factors, including changes in working capital and our net loss.

Cash used in operating activities in the three months ended March 31, 2018 was $13.1 million and was driven primarily by net loss of $107.8 million, partially offset by cash provided by operating assets and liabilities of $39.9 million and certain non-cash items including depreciation and amortization expense of $26.0 million, equity based compensation of $24.4 million, amortization of discount and issuance costs related to our convertible notes of $4.3 million and other non-cash items of $0.1 million.

Cash used in operating activities in the three months ended March 31, 2017 was $46.1 million and was driven primarily by net loss of $56.5 million, cash used in operating assets and liabilities of $23.3 million, and other non-cash items of $0.3

25

Table of Contents

**PART II**
**OTHER INFORMATION**

**Item 1. Legal Proceedings**

For information regarding our legal proceedings, see Note 6, *Commitments and Contingencies - Legal Matters*, included in Part I, Item 1, *Unaudited Consolidated and Condensed Financial Statements*, of this Quarterly Report on Form 10-Q, which is incorporated into this item by reference.

**A. Risk Factors**

There are no material changes from the risk factors previously disclosed in Part I, Item 1A, *Risk Factors*, of our Annual Report on Form 10-K for the year ended December 31, 2017.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

*Recent Sales of Unregistered Securities*

During the three months ended March 31, 2018, we issued 160,096 shares of Class B common stock upon the vesting of outstanding restricted stock units, net of shares withheld to satisfy statutory minimum tax withholding obligations. The issuance of these securities was pursuant to written compensatory plans or arrangements with our employees, consultants, advisors and directors in reliance on the exemption provided by Rule 701 promulgated under the Securities Act, relative to transactions by an issuer not involving any public offering, to the extent an exemption from registration was required.

*Recent Purchases of Equity Securities*

During the three months ended March 31, 2018, we did not repurchase any shares of our common stock.