# EXHIBIT I

Table of Contents

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**
**Commission File Number: 001-36666**

# Wayfair Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **36-4791999** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **4 Copley Place, 7th Floor, Boston, MA** | **02116** |
| (Address of principal executive offices) | (Zip Code) |

**(617) 532-6100**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

| **Class** | **Outstanding at July 25, 2018** |
|---|---|
| **Class A Common Stock, $0.001 par value per share** | **59,660,800** |
| **Class B Common Stock, $0.001 par value per share** | **30,015,792** |

Table of Contents

**PART I**
**FINANCIAL INFORMATION**

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). All statements other than statements of historical fact contained in this Quarterly Report on Form 10-Q, including statements regarding our future results of operations and financial position, business strategy and plans and objectives of management for future operations, are forward-looking statements. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms or other similar expressions.

Forward-looking statements are based on current expectations of future events. We cannot guarantee that any forward-looking statement will be accurate, although we believe that we have been reasonable in our expectations and assumptions. Investors should realize that if underlying assumptions prove inaccurate or that known or unknown risks or uncertainties materialize, actual results could vary materially from the Company's expectations and projections. Investors are therefore cautioned not to place undue reliance on any forward-looking statements. These forward-looking statements speak only as of the date of this Quarterly Report on Form 10-Q and, except as required by applicable law, we undertake no obligation to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events or otherwise.

Factors that could cause or contribute to differences in our future results include, without limitation, the following:

- our ability to acquire new customers and sustain and/or manage our growth;

- our ability to increase our net revenue per active customer;

- our ability to build and maintain strong brands;

- our ability to manage our global growth and expansion;

- our ability to compete successfully;

- the rate of growth of the Internet and e-commerce;

- economic factors, such as interest rates, currency exchange fluctuations and changes in customer spending;

- world events, natural disasters, public health emergencies, civil disturbances, and terrorist attacks; and

- developments in, and the outcome of, legal and regulatory proceedings and investigations to which we are a party or are subject, and the liabilities, obligations and expenses, if any, that we may incur in connection therewith.

A further list and description of risks, uncertainties and other factors that could cause or contribute to differences in our future results include the cautionary statements herein and in our other filings with the Securities and Exchange Commission, including those set forth under Part II, Item 1A, *Risk Factors* of this Quarterly Report on Form 10-Q and in our Annual Report on Form 10-K for the fiscal year ended December 31, 2017. We qualify all of our forward-looking statements by these cautionary statements.

Table of Contents

**Cost of Goods Sold**

Cost of goods sold consists of the cost of product sold to customers, shipping and handling costs and shipping supplies and fulfillment costs. Fulfillment costs include costs incurred in operating and staffing the fulfillment centers, such as costs attributed to receiving, inspecting, picking, packaging and preparing customer orders for shipment. Cost of goods sold also includes direct and indirect labor costs, including equity-based compensation, for fulfillment center oversight, including payroll and related benefit costs. The increase in cost of goods sold is primarily driven by growth in orders delivered, the mix of the product available for sale on our sites and transportation costs related to delivering orders to our customers.

We earn rebates on our incentive programs with our suppliers. These rebates are earned upon shipment of goods. Amounts due from suppliers as a result of these rebate programs are included as a receivable and are reflected as a reduction of cost of goods sold on the consolidated and condensed statements of operations. We also perform logistics services for suppliers through our CastleGate solution, which are earned upon completion of preparing customer orders for shipment and are reflected as a reduction of cost of goods sold on the consolidated and condensed statements of operations. We expect cost of goods sold expenses to remain relatively stable as a percentage of net revenue but some fluctuations are expected due to the wide variety of products we sell.

**Customer Service and Merchant Fees**

Customer service and merchant fees consist of labor-related costs, including equity-based compensation, of our employees involved in customer service activities and merchant processing fees associated with customer payments made by credit cards and debit cards. Increases in our customer service and merchant fees are driven by the growth in our revenue and are expected to remain relatively consistent as a percentage of revenue.

**Advertising**

Advertising consists of direct response performance marketing costs, such as display advertising, paid search advertising, social media advertising, search engine optimization, comparison shopping engine advertising, television advertising, direct mail, catalog and print advertising. We expect advertising expense to continue to increase but decrease as a percentage of net revenue over time due to our increasing base of repeat customers.

**Selling, Operations, Technology and General and Administrative**

Selling, operations, technology, general and administrative expenses primarily include labor-related costs, including equity-based compensation, of our operations group, which includes our supply chain and logistics team, our technology team, which builds and supports our sites, category managers, buyers, site merchandisers, merchants, marketers and the team who executes our advertising strategy, and our corporate general and administrative team, which includes human resources, finance and accounting personnel. Also included are administrative and professional service fees including audit and legal fees, insurance and other corporate expenses, including depreciation and rent. We expect selling, operations, technology, general and administrative expenses will continue to increase as we grow our net revenue and operations.

**Interest Expense, Net**

Interest expense, net consists primarily of interest expense for the convertible debt and lease financing obligations, partially offset by interest income earned on cash, cash equivalents and short-term and long-term investments held by us.

**Other Income, Net**

Other income, net consists primarily of foreign currency gains (losses).

Table of Contents

**Results of Consolidated Operations (in thousands)**

**Comparison of the three months ended June 30, 2018 and 2017**

**Net revenue**

| | | Three months ended June 30, | | |
|---|---|---|---|---|
| | | 2018 | 2017 | % Change |
| Direct Retail | $ | 1,640,921 | $ 1,102,461 | 48.8% |
| Other | | 14,335 | 20,395 | (29.7)% |
| Net revenue | $ | 1,655,256 | $ 1,122,856 | 47.4% |

In the three months ended June 30, 2018, net revenue increased by $532.4 million, or 47.4% compared to the same period in 2017, primarily as a result of an increase in Direct Retail net revenue. In the three months ended June 30, 2018, Direct Retail net revenue increased by $538.5 million, or 48.8% compared to the same period in 2017, primarily due to sales to a larger customer base, as the number of active customers increased 34.0% as of June 30, 2018 compared to June 30, 2017. The $6.1 million or 29.7% decrease in Other revenue in the three months ended June 30, 2018 as compared to the same period in 2017 was primarily due to decreased sales through our retail partners, as we continue to focus more on our Direct Retail business over time.

**Cost of goods sold**

| | | Three months ended June 30, | | |
|---|---|---|---|---|
| | | 2018 | 2017 | % Change |
| Cost of goods sold | $ | 1,270,249 | $ 853,390 | 48.8% |
| *As a percentage of net revenue* | | *76.7%* | *76.0%* | |

In the three months ended June 30, 2018, cost of goods sold increased by $416.9 million, or 48.8%, compared to the same period in 2017. Of the increase in cost of goods sold, $322.8 million was due to the increase in products sold to our larger customer base. In addition, shipping and fulfillment costs increased $94.1 million as a result of the increase in products sold during the period. Cost of goods sold as a percentage of net revenue increased in the three months ended June 30, 2018 compared to the same period in 2017 as a result of the mix of the products sold.

**Operating expenses**

| | | Three months ended June 30, | | |
|---|---|---|---|---|
| | | 2018 | 2017 | % Change |
| Customer service and merchant fees (1) | $ | 61,792 | $ 39,125 | 57.9% |
| Advertising | | 177,582 | 124,241 | 42.9% |
| Selling, operations, technology, general and administrative | | 240,972 | 143,652 | 67.7% |
| | $ | 480,346 | $ 307,018 | 56.5% |
| *As a percentage of net revenue:* | | | | |
| *Customer service and merchant fees (1)* | | 3.7% | 3.5% | |
| *Advertising* | | 10.7% | 11.1% | |
| *Selling operations, technology, general and administrative (1)* | | 14.6% | 12.8% | |
| | | 29.0% | 27.4% | |

(1) Includes equity-based compensation and related taxes as follows:

| | | Three months ended June 30, | |
|---|---|---|---|
| | | 2018 | 2017 |
| Customer service and merchant fees | $ | 1,133 | $ 586 |
| Selling operations, technology, general and administrative | $ | 29,840 | $ 15,192 |

Table of Contents

The following table summarizes operating expenses as a percentage of net revenue, excluding equity-based compensation and related taxes:

| | Three months ended June 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| *Customer service and merchant fees* | 3.7% | 3.4% |
| *Selling, operations, technology, general and administrative* | 12.8% | 11.4% |

Excluding the impact of equity based compensation and related taxes, customer service costs and merchant processing fees increased by $22.1 million in the three months ended June 30, 2018 compared to the same period in 2017, primarily due to the increase in net revenue during the three months ended June 30, 2018.

Our advertising expenses increased by $53.3 million in the three months ended June 30, 2018 compared to the same period in 2017, primarily as a result of an increase in online and television advertising. Advertising was relatively consistent as a percentage of net revenue in the three months ended June 30, 2018 compared to the same period in 2017.

Excluding the impact of equity based compensation and related taxes, selling, operations, technology, general and administrative expense increased by $82.7 million in the three months ended June 30, 2018 compared to the same period in 2017. As our revenue continues to grow, we have invested in headcount in both operations and technology to continue to deliver a great experience for our customers. The increase in operations, technology, general and administrative expense was primarily attributable to personnel costs, rent, information technology, and depreciation and amortization.

**Comparison of the six months ended June 30, 2018 and 2017**

**Net revenue**

| | Six months ended June 30, | | | | | % Change |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | |
| Direct Retail | $ | 3,029,811 | $ | 2,042,813 | | 48.3% |
| Other | | 29,714 | | 40,868 | | (27.3)% |
| Net revenue | $ | 3,059,525 | $ | 2,083,681 | | 46.8% |

In the six months ended June 30, 2018, net revenue increased by $975.8 million, or 46.8% compared to the same period in 2017, primarily as a result of an increase in Direct Retail net revenue. In the six months ended June 30, 2018, Direct Retail net revenue increased by $987.0 million, or 48.3% compared to the same period in 2017, primarily due to sales to a larger customer base, as the number of active customers increased 34.0% as of June 30, 2018 compared to June 30, 2017. Additionally, LTM net revenue per active customer increased 9.5% as of June 30, 2018 compared to June 30, 2017. The $11.2 million or 27.3% decrease in Other revenue in the six months ended June 30, 2018 as compared to the same period in 2017 was primarily due to decreased sales through our retail partners, as we continue to focus more on our Direct Retail business over time.

**Cost of goods sold**

| | Six months ended June 30, | | | | | % Change |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | |
| Cost of goods sold | $ | 2,350,694 | $ | 1,577,332 | | 49.0% |
| *As a percentage of net revenue* | | *76.8%* | | *75.7%* | | |

In the six months ended June 30, 2018, cost of goods sold increased by $773.4 million, or 49.0%, compared to the same period in 2017. Of the increase in cost of goods sold, $594.3 million was due to the increase in products sold to our larger customer base. In addition, shipping and fulfillment costs increased $179.1 million as a result of the increase in products sold during the period. Cost of goods sold as a percentage of net revenue increased in the six months ended June 30, 2018 compared to the same period in 2017 as a result of changes in the mix of the products sold.

Table of Contents

**Operating expenses**

| | Six months ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | % Change |
| Customer service and merchant fees (1) | $ | 115,676 | $  74,183 | 55.9% |
| Advertising | | 339,228 | 242,506 | 39.9% |
| Selling, operations, technology, general and administrative (1) | | 452,335 | 283,418 | 59.6% |
| Total operating expenses | $ | 907,239 | $  600,107 | 51.2% |
| *As a percentage of net revenue* | | | | |
| *Customer service and merchant fees (1)* | | 3.8% | 3.6% | |
| *Advertising* | | 11.1% | 11.6% | |
| *Selling, operations, technology, general and administrative (1)* | | 14.8% | 13.6% | |
| | | 29.7% | 28.8% | |

(1) Includes equity-based compensation and related taxes as follows:

| | Six months ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | |
| Customer service and merchant fees | $ | 2,103 | $  1,230 | |
| Selling, operations, technology, general and administrative | $ | 55,452 | $  29,361 | |

The following table summarizes operating expenses as a percentage of net revenue, excluding equity-based compensation and related taxes:

| | Six months ended June 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| *Customer service and merchant fees* | 3.7% | 3.5% |
| *Selling, operations, technology, general and administrative* | 13.0% | 12.2% |

Excluding the impact of equity based compensation and related taxes, customer service costs and merchant processing fees increased by $40.6 million in the six months ended June 30, 2018 compared to the same period in 2017, primarily due to the increase in net revenue during the six months ended June 30, 2018.

Our advertising expenses increased by $96.7 million in the six months ended June 30, 2018 compared to the same period in 2017, primarily as a result of an increase in online and television advertising. Advertising decreased as a percentage of net revenue in the six months ended June 30, 2018 compared to the same period in 2017 primarily due to increased leverage from our growing base of repeat customers, and television advertising expense not increasing at the same rate as revenue growth in the U.S., partially offset by advertising investments in Europe and Canada.

Excluding the impact of equity based compensation and related taxes, selling, operations, technology, general and administrative expense increased by $142.8 million in the six months ended June 30, 2018 compared to the same period in 2017. As our revenue continues to grow, we have invested in headcount in both operations and technology to continue to deliver a great experience for our customers. The increase in selling, operations, technology, general and administrative expense was primarily attributable to personnel costs, rent, information technology, and depreciation and amortization.

27

Table of Contents

**PART II**
**OTHER INFORMATION**

**Item 1. Legal Proceedings**

For information regarding our legal proceedings, see Note 6, *Commitments and Contingencies - Legal Matters*, included in Part I, Item 1, *Unaudited Consolidated and Condensed Financial Statements*, of this Quarterly Report on Form 10-Q, which is incorporated into this item by reference.

**A. Risk Factors**

There are no material changes from the risk factors previously disclosed in Part I, Item 1A, *Risk Factors*, of our Annual Report on Form 10-K for the year ended December 31, 2017.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

*Recent Sales of Unregistered Securities*

During the three months ended June 30, 2018, we issued 100,545 shares of Class B common stock upon the vesting of outstanding restricted stock units, net of shares withheld to satisfy statutory minimum tax withholding obligations. The issuance of these securities was pursuant to written compensatory plans or arrangements with our employees, consultants, advisors and directors in reliance on the exemption provided by Rule 701 promulgated under the Securities Act, relative to transactions by an issuer not involving any public offering, to the extent an exemption from registration was required.

*Recent Purchases of Equity Securities*

During the three months ended June 30, 2018, we did not repurchase any shares of our common stock.