# EXHIBIT J

Table of Contents

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# Form 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-36666**

# Wayfair Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **36-4791999** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **4 Copley Place, 7th Floor, Boston, MA** | **02116** |
| (Address of principal executive offices) | (Zip Code) |

**(617) 532-6100**

(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒                                            Accelerated filer ☐

Non-accelerated filer ☐
(Do not check if a smaller reporting company)          Smaller reporting company ☐

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

| Class | Outstanding at October 26, 2017 |
|---|---|
| **Class A Common Stock, $0.001 par value per share** | **56,541,838** |
| **Class B Common Stock, $0.001 par value per share** | **31,289,628** |

Table of Contents

**Operating expenses**

| | | Three months ended September 30, | | % Change |
|---|---|---|---|---|
| | 2017 | | 2016 | |
| Customer service and merchant fees (1) | $ 42,949 | $ | 33,872 | 26.8% |
| Advertising | 141,714 | | 101,333 | 39.8% |
| Merchandising, marketing and sales (1) | 56,934 | | 48,550 | 17.3% |
| Operations, technology, general and administrative (1) | 112,669 | | 79,526 | 41.7% |
| | $ 354,266 | $ | 263,281 | 34.6% |
| As a percentage of net revenue: | | | | |
| Customer service and merchant fees (1) | 3.6% | | 3.9% | |
| Advertising | 11.8% | | 11.8% | |
| Merchandising, marketing and sales (1) | 4.8% | | 5.6% | |
| Operations, technology, general and administrative (1) | 9.4% | | 9.2% | |
| | 29.6% | | 30.5% | |

(1) Includes equity-based compensation and related taxes as follows:

| | Three months ended September 30, | | | |
|---|---|---|---|---|
| | 2017 | | 2016 | |
| Customer service and merchant fees | $ | 636 | $ | 627 |
| Merchandising, marketing and sales | $ | 8,849 | $ | 6,588 |
| Operations, technology, general and administrative | $ | 9,831 | $ | 7,881 |

The following table summarizes operating expenses as a percentage of net revenue, excluding equity-based compensation and related taxes:

| | Three months ended September 30, | |
|---|---|---|
| | 2017 | 2016 |
| | | |
| Customer service and merchant fees | 3.5% | 3.9% |
| Merchandising, marketing and sales | 4.0% | 4.9% |
| Operations, technology, general and administrative | 8.6% | 8.3% |

Excluding the impact of equity based compensation and related taxes, customer service costs and merchant processing fees increased by $9.1 million in the three months ended September 30, 2017 compared to the same period in 2016, primarily due to the increase in net revenue during the three months ended September 30, 2017.

Our advertising expenses increased by $40.4 million in the three months ended September 30, 2017 compared to the same period in 2016, primarily as a result of an increase in online and television advertising. Advertising was consistent as a percentage of net revenue in the three months ended September 30, 2017 compared to the same period in 2016.

Excluding the impact of equity based compensation and related taxes, merchandising, marketing and sales expenses increased by $6.1 million in the three months ended September 30, 2017 compared to the same period in 2016, primarily due to the increase in headcount to grow and retain our customer base.

Excluding the impact of equity based compensation and related taxes, operations, technology, general and administrative expense increased by $31.1 million in the three months ended September 30, 2017 compared to the same period in 2016. As our revenue continues to grow, we have invested in headcount in both operations and technology to continue to deliver a great experience for our customers. The increase in operations, technology, general and administrative expense was primarily attributable to personnel costs, rent, information technology, and depreciation and amortization.