# EXHIBIT K

**S&P Global**
Market Intelligence

# Wayfair Inc. NYSE:W

# Company Conference Presentation

**Wednesday, August 08, 2018 4:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 1:19-cv-10062-DPW     Document 26-11     Filed 08/30/19     Page 3 of 14

# Table of Contents

Call Participants ........................................................................ 3

Presentation ........................................................................ 4

Question and Answer ........................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Niraj S. Shah**
*Co-Founder, Co-Chairman,*
*President & CEO*

**ANALYSTS**

**Michael Patrick Graham**
*Canaccord Genuity Limited,*
*Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Okay. Good morning, everybody. My name's Michael Graham. I'm the internet analyst here at Canaccord. Thank you for coming to our conference. We're super excited for the fourth year in a row to have Wayfair and Co-Founder and CEO, Niraj Shah, here. So Niraj, thank you so much for being here.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*
Mike, thanks for having us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Just check my notes here because I was looking back, your first year here was 2015. You were about 9 months out from your IPO. Your stock was $40. You reported a Q2 with 4 million customers. And fast-forward to this quarter you just reported your stock's tripled. You have 13 million customers. Talk us through some of the stuff you've done right and sort of what's on your mind at Wayfair right now.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Well, thanks, Mike. Yes, well so it's been, obviously, exciting -- it's been an exciting few years. So when we went public in 2014, the company was already 12 years old. But the Wayfair brand was still pretty young. We didn't launch the Wayfair brand until, as a company, we were about 10 years in. And the first 10 years, we had built the company up off these discrete independent websites, but we'd focused on building up the selection and the customer service and the operations and logistics, the supplier integration, a lot of the infrastructure things you need in order to succeed in e-commerce and in particular, in our categories in e-commerce and home. And then in 2011, we launched the Wayfair brand, but we didn't start marketing it really until 2013. So when we went public in the fall of 2014, we'd only really been building the brand for about 1 year, 1.5 years, and so it sort of had a lot of potential, the site experience had kind of come together, but it was still not terribly well-known. So today, if you fast-forward those kind of few years, the Wayfair brand in the United States is quite well known. It's well-known in Canada. It's on its way to becoming quite well-known in the U.K., and we just started the brand marketing in Germany. Another thing we did over those last few years is obviously the selection continue to advance, but we've been able to really put teams on each area of the selection to make sure we have best-in-class merchandising, logistics, in addition to selection, to really make every subcategory we're in inside home work really well. And we built a fairly complicated and comprehensive logistics solution, and we should continue to build, but we really started that in earnest -- we tested in 2015, really started that in earnest in 2016. And so today, we have 9 million square feet of logistics space. We have 25 home delivery terminals. So for the larger 2-man delivery items, we do 60%, 6-0 percent of those in the United States, 40%, 4-0 percent of those in Canada ourselves, with our own delivery operations, 90% of those goods we move through our own line-haul network. For the smaller items, we have about over 20% of those coming out of our large warehouses where we do our own sortation, so we can induct in the parcel carriers and offer next day and 2-day delivery, so that -- logistics for less and fairly comprehensive. So there's a lot, we see lot of things.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

You guys, you have a lot of going on, yes. I wanted to take a second and talk about just, basic question on addressable market. You've got 13 million customers. Most of those are in the U.S. I think you target 60 million to 70 million households in the U.S. Like how you think about what's the right penetration level or how many of those 60 million to 70 million do you think you can reasonably get?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So I think the U.S. number I think is around 70 million, and then, obviously, Canada and Europe about double that number. I would say that we think over time, we can get a significant amount, right? So our customer's 35 to 65 years old, and the bell curve distribution sort of puts the middle in the upper 40s. So think 48-, 49-year-olds, typically women. So think 48-, 49-year-old women with that distribution, and what's happening every year is that, for our core customer the interest in exploring these categories online is higher than ever before, because of the convenience, the access to selection, the quality of delivery, customer service. And that's happening without millennials participating in the market. I mean, millennials are born 1985 to 2000. So definitionally, this year, they're 18 to 33 years old. So as they age into the demographic, when you think about, if you'll talk about Netflix and cord cutting, or they talk about

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

apparel shopping online, these things that millennials are transformative in, and to me that's going to happen at home as well, once they get old enough to get into the demographic where they're raising a family, and the home is the center of discretionary income. So I think that number is very high. I don't know the exact number, but shopping online as a category we believe will become definitionally preferable than going to a store, because of the advantages of selection, delivery, convenience and with things like augmented reality, a lot of what we've been doing with merchandising, with logistics capability, we think that will kind of keep happening.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Yes, let's drill into, just, you mentioned augmented reality. And I just wanted to ask you if we fast-forward a few years in this category, which is home, it can be difficult to kind of envision what the person's buying, and I know you've invested a lot in tools to make it more of a catalog like sort of in-person experience. What are some of the things that you think could be different several years down the road about the shopping experience that will make even more engaging?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

So one of the challenges in home is it's very visual. It's nonbranded. So finding the item you want is difficult. It's about visual browse. And then, once you find an item that's interesting then you have this additional challenge where you're trying to picture it in the space you want to put it, and the space you want to put it typically has other items already, right? So you're trying to picture it with kind of the collection of items you already own. So one challenge when you're in a store is you're not in your home anymore, you have the benefits that you could actually see the item now. Well, we think the real opportunity is, if you can really understand what the item is and then from your home, you can be shopping, you can actually see the item right in the space where it would be, whether it's a piece of furniture, it's a decorative accent, it's a piece of wall art, it's bedding on a bed, whatever it is, that for a very high percentage of customers is incredibly powerful because customers basically say that they have trouble visualizing the item. Like they see picture, decide they like it, but then have trouble putting it together with what they already own and where it would go. So I think that's one of the advances that will be very powerful. And others, size and dimension is complicated to folks. So picturing like, you can read something's dimension, you can know how big it is, but picturing like how much space does it fill is another challenge that I think augmented reality can help with. But I think of augmented reality as just one piece of kind of many technology solutions that are kind of coming along that are very powerful. So shopping from home, I think, as much as it's popular today will become increasingly popular, not just for the reasons it has been, which is selection, but the convenience of delivery and speed of delivery is getting better and better. And then you augment it with these other things that give you certainty of what you're going to get.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

So one of the real drivers of success, I think, in your KPIs and in the business and margin structure in general is the repeat order rate. You sort of hit on this formula where you've gotten more loyal customers that are coming back more frequently. And I know a lot of that was born from a shift that you made in your marketing philosophy, maybe in 2014 or 2015, when you started to focus more on a brand message and started more TV and stuff like that. Can you just talk a little bit about, like is that still your philosophy, like really focusing on brand? Are you -- as you get a little further into the market, are you having to do a little more direct response? Or just talk about sort of your...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes, yes. Actually, so our cost for repeat orders continues to get lower and lower, because customers -- basically we invest a lot to make the experience great, okay. And that's useful, if someone experiences it, but they have customers who have and customers who haven't, so. Then customer acquisition, we're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

very quantitative about that. We'll spend an amount of money such that we get paid back within a year. So the number of customers we get is the outcome of basically how many customers we can acquire with that payback methodology. The reason we grow so quickly is that every quarter since we went public, you can look at our growth based on repeat orders and our growth based on new orders, so new customers basically, and you look at our overall growth rate, and our repeat growth has outpaced our total growth every quarter. And new is lower than that, and so like this last quarter, we grew at 49% year-over-year in the direct business, to like a $6.5 billion run rate. The repeat orders grew 62%, and repeat orders are now up to 2/3 of our total, but we still had a lot of new customer growth and new customer growth in the 30s. So we're getting new customers, and there was 1 million of those, but the repeat orders are what really fueled the growth rate. And that, in our view, that won't change, because what we're focused -- the things we're investing in, when you think about logistics, you think about all these teams and all these services and product categories, they're making the experience better and better, and then customers can get enticed to try something with marketing, but it's the experience that really is the predominant driver whether or not they want to come back. So when the experience is great, they're inclined to come back. Now that you know someone who's had a great experience, you think about, if you just spend -- you don't need to spend very much to stay in front of them, because you know who they are. So you can send them an e-mail for free. You can put a display ad in front of them for a few cents. You can send them a postcard in the mail for $0.20. You can send them catalog in the mail for $1. So our average customer is spending $440 per year if use the LTM numbers, they're actually spending more than that if you offset that for the fact in the LTM numbers, only some customers are 1 quarter, 2 quarters. And so if you think about, we say repeat runs at 7%, well, 7% of even $440, that's like $30. $30 is a huge amount of money when you know someone, and they have interest. So that's the reason that number keeps coming down. So the thing to invest in, to really drive the business is not marketing. The thing to invest in is basically the quality of the experience and making it differentiated. We could do that because we only focus on home. So our logistics network is super optimized for home, super suboptimized for everything else, converse to everyone else's. Our visual merchandising is super optimized for home, visual, nonbranded, highly emotive categories. Suboptimized, if you want Duracell AA batteries. I mean, it'd be unclear why the picture should be so big, and so you start thinking of all these things, and they kind of add up.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Yes. So just shifting gears to talk about that logistics for a minute, because you mentioned it a couple times. Had a couple questions on this. One is, you share any thoughts -- or share your thoughts about why Amazon's not as well positioned in this category as you are, given their logistics infrastructure? And are you seeing any signs like of them getting more interested or more serious about your category?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

So the thing about logistics, as you build it out, logistics isn't like a thing. There's a lot of different kind of logistics in the world. And you do one thing, if you're making a like airplane parts and you need certain delivery speed, MRI machines, they're different things. And so the size of the items, the speed of the items, the quality, does it need to be refrigerated, these all things matter. So Amazon's logistics network is meant to be very fast for very light, small packages. They said 86% of their packages are under 5 pounds in weight. And so they have a network -- and so they actually, right about 15, 20 pounds, things to move to nonsortable operations for them, because they're not worried about -- that starts getting out into the long tail of items for them. If you look at our business, 30% is where you have 2-man home delivery, you can't even use the parcel carriers. We built our own delivery network, our own logistics transportation warehousing network for that. The 70% that can go with the parcel carriers, the average item is 30 pounds and 3 cubic feet. So it's larger than Amazon, it's like well into their nonsort operations. And so what happens is, it's very hard to worry about optimizing logistics for what you don't sell, right? You want to have logistics for what you do sell. And our categories also have other issues, low-dollar value per cubic foot. So you can't use the air, a lot of methods are price prohibitive, they're prone to damage. So you have handling issues. So Amazon doesn't have the logistics infrastructure for this category, and I would argue it doesn't make sense, because if you're them and you're sort of the leader at 60% of retail, which is all the commodity goods, paper towels and batteries and toilet paper, dish soap and that's kind of your mainstay,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and then you're fighting for this 20% that's grocery, because the frequency of grocery's incredibly high, and it lets you sell the 60% that you could buy from anybody more so. To worry about the 20%, which is basically fashion and home, is a bit of a stretch. Fashion they've tried to get into, had success in some areas, not in others, and fashion at least has brands. So their navigation method of search, more so if they have the brand, but even then it has problem, and then home is nonbranded, highly visual, different logistics. So then all of a sudden, it sort of breaks down. So they're going to, in the commodity areas of our categories, the opening price point basic items, they're there, Walmart's there, Target's there. All those guys are there. As soon as you come up off of that, it doesn't really play to their strengths nor is it sort of -- it wouldn't make a ton of sense for them to prioritize that, relative to Prime Video or AWS or Alexa or India or grocery or...

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Yes, I have to say, I ordered a bed for my son, the mattress came in a box. They left it there. They texted me several times, showed me pictures of where they left it. It was like a totally different experience. It came from one of your in-house delivery trucks. And that -- I think that's a testament to like the loyalty building with new experiences. Just wanted to...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Well, and if you just think about that, that's like an experience we built. That's like customized to the kinds of things we deliver. If we're going to throw batteries on your porch, that's sort of like, that's not necessarily the best delivery.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

But it was totally different from anything I had experienced before. So it was great.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

You should buy all your home goods from us now.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Absolutely. That's why I said that. I was looking for the friend discount, though. That's the...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes, we can talk about that later.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Okay. Okay. Let's talk about international. You've got several countries that you're engaged in, and I think one of the big callouts from Q2 was how great, and Q1, was how great Canada's doing. Can you just talk about where you are in your 4 international markets, and how you're thinking about turning up advertising and getting the growth?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes, yes. So we're in 4 markets today. So we're in the U.S., and then the international segment has 3 markets there, which are Canada, the U.K. and Germany. And the way we think about it, we think about it as Canada and Europe, but Canada has all the benefits, it could basically could be an adjunct market to the United States. So the selection, more or less, takes advantage of the U.S. selection. The

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

merchandising takes advantage of the U.S. merchandising. So Canada, even though we officially launched Wayfair Canada in January 2016, it's gotten off to an incredibly fast start and grown incredibly well because so much of it was already kind of done over the kind of prior 15 years, if you will, for the U.S. business. We then opened up our first CastleGate facility in Toronto. We now do 40% of our own Canadian home deliveries, and so we're adding a lot of nuance to our Canadian business that continues to allow us to grow. The brand building's gone well. So Canada's the farthest along of those 3 countries, and it's definitely firmly in the stage where we're ramping the customer base, the repeat base is growing, and that eventually gets to where the U.S. is, where even though you're sort of leaning in to grow your customer base, the repeat base gets so big, the business is profitable sort of despite the investments you make.

The U.K. is a market that's after that, and that's sort of been in this ramp phase for maybe about a couple of years now, and it's growing very nicely. We've organically become the leader in the U.K. The person who was the kind of Internet pure-play went out of business a year or 2 ago. So it's growing quite nicely, and it's also kind of climbing through that stage I would say, but it's not quite at the level Canada is yet. And the brand awareness is actually quite nice. It's not at the level Canada is yet.

And then Germany, it's just entering that phase. So Germany, we started focusing on Germany maybe about 1.5 years ago, something like that, after the U.K. was kind of off to the races. And we then built up the team, the team that started working on the merchandising, the selection. So these things, unfortunately, have like kind of lag periods in them, because it just takes a while to do all this. And we've gotten to a place where the customer metrics and the customer, repeat customer rate and the NPS, these other metrics we look to have gotten to a place where we can start to really market it and feel good about what you have. So we just, like television in Germany, which is started really doing I think maybe about 1 month ago, roughly. And so it's just entering that second phase. So the first phase, where you're building like the infrastructure to really get to where the customer metrics get good enough to market it. Second phase is where you ramp the customer base. Third phase is when the customer base has gotten large enough and repeat base got large enough that it continues to grow really fast, but it's profitable because of the sheer scale of the repeat base.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

And I think you said, or the company said in the past that you would consider adjacent Western European markets once you were happy with Germany. Any thoughts on when that might be? And what are your thoughts on like the rest of the world?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

So the obvious, sort of like -- if you think about Canada relative to the United States, the obvious markets in Europe are basically Ireland, Austria and Switzerland, which are the equivalent -- analogous, Canada to the U.S., where you get to take advantage of infrastructure you've really invested a lot in, you pick up a customer base that's underserved, and you can generally have -- I think we can have the same kind of success we're having in Canada. That would be what will be next. In terms of how we think about our aspirations, we do try to think about it, doing it sequentially in order. So right now the focus of getting Germany to where it's succeeding and really growing and the customer metrics continue to expand. And so right now, we're not focused on expanding to these other countries, but that would be the logical next thing to do once the German business is farther along. In terms of rest of world, we don't really think -- we're really focused on, in North America, the U.S. and Canada, and then we're focused on Europe. That's where we're focused on.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Yes, that makes sense. Can we focus in and talk about profitability for a second?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

You have a philosophy that you stated many times, which is you want to be cash flow positive and, within that framework, grow the business for the long term. We saw -- just talk about the U.S. first. We saw in Q2 that there was continuation of a lot of hiring. Talk about like what kind of categories you're hiring in. And then, should we expect to see that slowdown in the second half of the year?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So when we went public years ago, there's a lot of folks on our advertising cost, and the question was, like is there leverage there? Do you need the ad cost to be this high in order to keep the revenue growth this high? And if you slow down the ad, what happens? And so then what's happened over the years, as people have seen that like the revenue growth, in fact, has accelerated, and it's gotten -- the revenue growth in dollars got increasingly, increasingly high, and the ad cost as a percentage keeps coming down. So I think the understanding that the repeat base drives leverage is reasonably well understood now. The OpEx headcount is sort of a place where we invest into the future. So OpEx headcount is basically people. So we have multiple kinds of headcount. So in the cost of goods would be -- logistics folks would be basically in cost of goods. It's basically an insourcing or paying a third party for the logistics cost versus hiring folks. So that's sort of where for those folks are. And then customer service is in this variable cost line we have, which sort of grows as the business grows. But then we have a line down below after the variable cost, which is the OpEx headcount, which is basically, we have 1,900 software engineers and data scientists, we have probably another 500 product managers and designers, and UX folks, so we have like 2,500 folks building software, basically. We've got marketers and the category managers and the folks working on different programs. So there's all these folks in that line, and that's the line that's been growing recently that we were talking about. We had a period in late '16 through early '17 where we held that line flat for about a year. And in hindsight, holding it flat was the right thing, because we're trying to absorb a lot of hiring we've done prior. And in hindsight, it was not the right thing, because by holding it flat, we created a lot of pent-up demand. So then when we kind of felt comfortable that we absorbed folks, there's a lot of pent-up demand. So then we start hiring fairly aggressively. Took a little while to get the recruiting engine working again, and then that's working well now. So what's happened is our hiring is, in the OpEx line, been fairly significant over the last couple of quarters and this current quarter. This current quarter is bolstered by the fact that we do a lot of on-campus recruiting and business school recruiting, and those folks, you recruit all year, but they start in the third quarter of the year. But what we also said is like hey, look, so we feel like we, on one hand, we're catching up. On the other hand, we want to hire so fast that we can't absorb the folks. So we need to slow this down, and then we also feel like in just sheer quantity, we're hiring folks that's kind of getting to a level we need. So starting -- you'll see it in the fourth quarter number. We already slowed it down. But in terms of the starts, you'll see it in the fourth quarter number and in the quarters as you continue through '19. We're not going to bring it down to holding it flat because we think that was a mistake. We're going to bring it down to a net growth level lower than what you've seen here in the recent past in this current quarter. And what all these folks are working on is we talk about the team -- like on the call, we talked about outdoor décor and outdoor structures, it'd be the team that's on that, or we talked about design services, and it would be the team that's on that. Or the team that's on our loyalty program, the team that's on our wedding registry or the team that's building each of these logistics products and services. We talked about ocean freight, drayage and the visibility tools we built. So these are the things we've been investing in, and the thing about headcount is, you invest in headcount and basically you get a team, and it's a business team, a product team, an engineering team, and they're working on an area, and it takes a year or 2 before the results of what they're working on show up in the financials because you pay their salary starting day 1. And as they build their solution and then they it to market or in the case of a category, if they get the selection, the merchandising on site better, customers react to it or as the nuanced logistics come into play, the Net Promoter Score gets better, the costs come down. These things take a little while to play out, but we have a way to measure them all, and they show really high return. So we're not particularly interested in expanding our categories. What we're actually doing is, it's the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

same category tree, if anything in last 5 years, we've trimmed it a little, but we want to be the best in every class of goods we're in. So we've basically been staffing teams on each one, versus teams just on the bigger one. And so that's showing good dividends, and then these services like financing or loyalty, the registry, assembly services, installation services, we've been staffing teams on each of those, and they're showing good progress. So it's early days relative to returns we'll get, but that's where the folks have gone. And the reason we can start moderating the hiring is that we've kind of ramped up the headcount to where these teams now have enough folks to actually make headway.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

So if there's a little potentially a little bit of leverage on some of the other OpEx lines when it comes to hiring, in advertising, Michael's talked in the past about an ROI scheme that you look for a, I think a 1-year payback.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

And he's talked about there being a lot of room to spend more and still be well within that 1-year payback window. So I'm just kind of wondering on margins, when it comes to advertising and leverage or not on ad spend.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

So ad spend, if you look at it sequentially over the last few years, it continues to drift down, and that's despite the fact that international deleveraged it, because international ad costs, because we don't have a repeat base there, is ad cost is much, much higher as a percentage of net revenues. So the fact that's coming down, the U.S. is even lower than that line, right, delevered then by the international, which pulls it back up to where you see it. And the reason is, a couple quarters ago now, we said that the repeat revenue is running at 7%, and actually, that's blending all the repeat revenue, where the second order is higher than the third order, is higher than the fourth order, is higher than the fifth so as customers continue to age in it's kind of like -- it actually -- the costs get less and less on the advertising. I wouldn't say that we have more money we can get spend within a 1-year payback. We try to max that out, but we're always finding ways to get more creative. So better targeting, better creative, new marketing channel. So those are the ways you unlock the ability to get more and more customers, but we're not necessarily short of the 1-year payback and we're not longer. So if we're longer we figure out how to pull it back, if we're shorter we figure out how to ramp it up we want to get as many customers as we can during that payback period. But the key thing is that the real impact you get is that the customer has a good experience, they then come back. It's the repeat cycle that really fuels our growth. So we're doing a lot from a kind of creative ways to try to drive the marketing. This year, we'll spend $700 million on advertising, but the real key thing is around the customer satisfaction, the customer experience with our brand and how that drives the kind of the cycle over time. And then the other thing I'd just highlight is, look this last quarter, which we reported last week, the year-over-year growth in dollars, in revenue dollars was $500 million, so -- over $500 million in our direct business. So if you annualize that, it's over $2 billion, and we continue to protect the contribution margin at that 20% level. So the way to think about it is, if you added $2 billion over the next 12-month period, you would add $400 million in contribution dollars. So if we spent $700 million in advertising, and we spent $700 million OpEx headcount in the future 12-month period, you could increase those if you wanted the same amount of EBITDA dollars by a combined $400 million. The reason the profitability of the business has kept getting better is not actually that we've ever pulled back on investing. It's just that we're simply not spending all of the incremental contribution margin dollars. So say I'm just making these up, but advertising goes from $700 million to $800 million and OpEx headcount goes from $700 million to $800 million. If they did that, you will still

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have $200 million flow-through, and I think that's the thing that's not always well understood, is that if you're just building a great experience, and it's driving repeat, and repeat has very low ad cost, and it's being done out of loyalty because of the quality of the experience. You basically create this cycle where you're getting more and more dollar growth protecting the contribution percentage, and you're simply -- like that money's not being spent, and that's what's flowing through. That's why the U.S. went from a negative kind of, I'm afraid the exact number when we went pub, but I think it was negative like 4% or 5%, 6% EBITDA to basically being profitable 6 of the last 7 quarters. International's in that ramp phase, so that is losing money, we'll lose money for a while, but that's why the model works. The model, it doesn't require us to stop spending 1 day or stop spending on marketing, stop spending, or go fire all these people or something like that.

**Michael Patrick Graham**
*Canaccord Genuity Limited, Research Division*

Yes, okay. Listen, thank you so much. We're going to leave it there, but thanks so much for being here.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*
All right. Thanks, Mike.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.