# EXHIBIT Q

**S&P Global**
Market Intelligence

# Wayfair Inc. NYSE:W
# Company Conference Presentation

**Wednesday, September 05, 2018 6:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

Call Participants ................................................................ 3

Presentation ................................................................ 4

Question and Answer ................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Niraj S. Shah**
*Co-Founder, Co-Chairman,*
*President & CEO*

**ANALYSTS**

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc.,*
*Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Good afternoon, everyone. I'm Matt Fassler from Goldman Sachs. And I have the privilege today of introducing Niraj Shah from Wayfair, and also moderating our fireside chat.

We can get everyone's focus, please. Thank you so much.

I'm actually really excited about this part of our day. In my opening presentation today spoke about disruption as a theme, obviously, legacy brick-and-mortar has had a much better year than it has had in recent memory. But the reality is that e-commerce continues to gain significant market share, and disruptors and innovators are continuing to gain share at a truly disproportionate rate. And we have here up in the Main Ballroom, 3 presentations in a row from 3 of the most impactful disruptors in the retail marketplace, starting, of course, with Wayfair today, followed by [ House ], followed by Instacart, and along with Carvana reporting tomorrow. Some of the real share gainers and enablers and innovators impacting the consumer landscape.

Wayfair, as I'm sure all of you know, has been the best revenue growth story in my coverage. It is at this point a leader in the home space in the U.S., and it is very much on the go in Canada, the U.K. and Germany. It has a unique operating model and one that has enabled a rapid growth with great consistency. And in that regard, since its IPO has exceeded our expectations very substantially. Looking back, as I've done from time to time in the years since the company has gone public, I looked at where we initially thought revenues would be this year in the U.S. I believe the number is about 70% higher, and the growth rates have been just astonishing. There's been much, much investment through that process. And I think the company that we have today looks a lot different from the one that we saw at the time of the IPO, and even than what we would have envisioned it would look like, and I think those changes have primarily been for the better and set the company up for further growth still.

With us today from Wayfair, I'm delighted that we have Niraj Shah, the CEO and Co-Founder and Co-Chairman of the business. He started this company. It's hard to believe, it's 16 years ago, and has grown the business along with his partner, Steve Conine, to the business that it has become today.

So thank you so much for joining us. I appreciate it.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*
Matt, thank you for having us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

So I want to start by talking about the buildout of your logistics model, which is one of the biggest changes that we've seen over the past, call it 3 years. Is your on-the-ground presence a moving target? Or do you have a sense for what the end game will look like from a logistics perspective?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Sure. Well, first, everyone, thanks for coming. We're excited to tell you more about Wayfair. In terms of Logistics, I guess, the -- quickly to summarize where we're at. If you go back a number of years ago, a 100% of what we did was came out of our supplier's warehouses, went through carriers that we contracted with, but nothing we ever touched and went to end customers. And we'd hone that over the years, but you can only get it work so well when you didn't have any of your own assets involved. What we started in 2015 and have continued to build out since is basically a proprietary logistics network where we have a network of warehouses. We have a network of transportation services. We do our own in-home delivery for large items. We have over 20 delivery terminals today. And that migration has allowed us to really significantly increase the Net Promoter Score we get from customers. And significantly decrease and then make much better the speed of the deliveries to where we have a lot of deliveries now next day and 2-day delivery and that rate is growing quite quickly. So to answer your question, we definitely have a trajectory on the logistics buildout in mind. So we started the year with 7.5 million square feet of logistic space. We said we'd add about 4 million this year. We have a pretty good idea of what we'll do each year for the next 2 years. We've been opening up 1 or 2 more delivery terminals a month, and we have a trajectory on that. We have a point of view on what critical mass you need in certain geographies before you can open ones there, so that -- we use that as a gating hurdle because there's a fixed cost nature to it. And then we continue to drive improvements in the customer experience, with things like schedule delivery and [ card ] and tracking of the trucks and reverse logistics and returns that basically keep making the advantages we're getting increase, even though the unit cost get better as we go. So there's definitely a long-term agenda there, and it's definitely been, I would say, the results have been excellent in terms of we're able to get the gains we wanted from it.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

How are consumer expectations for what they're going to get? When they're going to get product and what they're going to pay for getting that product evolving?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So in the early days of e-commerce, there is sort of free shipping was introduced with sort of a threshold, if you bought x dollars of goods, you had free shipping. And then over the years that threshold kept decreasing. $99 became $49 became $25 or $35. And then different membership, loyalty programs encompassed -- different shipping promises, obviously, Amazon Prime being the best-known one, which really started with 2-day delivery being the whole reason to sign up. I would say that generally customers in e-commerce in almost all use cases expect and want free shipping, and that's increasingly moving to free and fast shipping, where 2-day was very rare and uncommon when Amazon launched it as part of Prime, and I would say, 2 days has become quite prevalent. And in fact, I think the world is evolving towards next day and same day. So I think the customer expectations keeps getting heightened as it becomes more and more available and then they get used to it. And then if you don't have it, it becomes a big disadvantage. And if you're kind of leaning in and you're providing it very aggressively and quickly and well, you actually get rewarded because you're sort of one of the early drivers of it, but I think it's part of the ongoing evolution.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

What about the logistics of furniture, in particular, from the customer's perspective? I know you offer higher tiers of delivery for customers who want a little more handling, they want a little more done for them. Is that a significant element of your business? And are customers looking for that extra help when it comes to the larger furniture deliveries, in particular?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So our business, the roots of our business are furniture and decor. And today, we're in furniture, decor, housewares and home improvements. So we kind of cover what we consider to be all of home. But furniture and decor about 3/4 of the business, with furniture being 1/2 of that 3/4, so just under 40%. And in furniture, obviously, the items are bigger and bulkier. They're prone to damage. They're harder to deliver. So delivery plays a very big role. And what's kind of odd, when you think about it is, in a category where delivery plays a pretty big role, what the customer had gotten accustomed to over time was actually relatively poor delivery experiences. Because it was often delivered by some third-party company. You'd have to play phone tag with the scheduler to get it scheduled on the calendar. You'd have a big delivery slot, 8 to noon, or noon to 4, or Tuesday afternoon. And then you didn't know when the driver was coming. The chances that they miss the window was relatively high. The chances the drivers were polite wasn't always as high as you want. And so it's kind of odd then where delivery matters so much, the quality on average was not very high. So we looked at that. And the challenge is just that most of the delivery operations are small, local operations. And what most larger retailers have done is they've kind of picked who they use in which geographies, and that's sort of how it's done. So there's no incentive on the part of the delivery operator to invest in technology. There's no ability to integrate back to the retailer. Customer service is not prized relative to efficiency. And so it's hard to get that pass to certain level of quality. So as we continue to evolve, we basically -- that's why we've built our own. And so then the customer benefits you get where you can -- during check out, you can actually schedule the delivery day of. You can see where you are on the list. When the truck is in route to you, you see it on a map. I mean, you can spend $6 to drive across the city in an Uber X, and you see the car come get you on a map with a little picture of the guy. But if you spend $600, you know, maybe we'll show up on Tuesday afternoon, right. And so just -- the customers getting conditioned, not just by what happens in furniture but by everything, right. And so that's kind of the way we think about it.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Got you. By the way, as we think about your global growth, how do the demands on your logistics [ suffer? ] And your aspirations for your buildout differ outside United States from inside the United States?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So the aspirations are the same, but there's definitely certain levels of volume one needs before you can do certain types of logistics operations. So the CastleGate operation around warehousing is something that we launched 1.5 years ago or so in the U.K. Then a couple of quarters ago, in Canada in Mississauga outside of Toronto, we opened up a big warehouse. Then we opened one in Germany, shortly thereafter. So we now have warehouses in all 3 countries. The ones in Europe are planned for expansion because they're -- we're scaling those quite quickly. In terms of the delivery operations -- last month, delivery operations, we don't yet have the scale to do those, but similar to certain cities in the U.S. which we don't have yet, we will have them as soon as we have enough volume, and so there's a trajectory on that.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Okay. Now also on shipping, ocean freight. So you had this really interesting discussion on your last conference call. And it kind of went over my head, but [ Cecilia Ridgeons ] who is on my team has a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

supply chain background. And she said, hey, this is a really big deal. And it's a pretty original move. So what drove your decision to, if I may, wade into that world, what can that do for you?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So -- obviously, the logistics -- when you first think about logistics, you think about the end customer delivery, right? So you're serving the customer backwards. So warehouse to the customer. Then, obviously, goods need to get to the warehouse. And so if you think about the whole chain starting from a factory, at least, starting from the port because majority of goods are made outside of the United States. So the port, to the U.S. port and then the drayage off the port to the warehouse. And -- fee cost in the warehouse and the warehouse to the end customer. You have fairly significant costs. So in our category, you probably have on the order, if you include what's usually embedded in the suppliers wholesale, with what we would spend directly on logistics. You have something like $0.20 of every revenue dollar associated with one form of logistics or another, either transportation, warehousing and the like. So [ you have to say ], there's obviously real benefits from a cost standpoint if you tackle it. But then what's really interesting is, it's the only place in our P&L that if you tackle it aggressively with a cost orientation, you actually make things better for the supplier, for ourselves and for our customer. Everything else usually comes with the cost to somebody. But here the way you make things more efficient is you bring it in bulk closer to the end customer to begin with, that makes it more efficient, less touches. It reduces damage. But then for the customer, you can make a much faster delivery promise. Because you've already effectively forward positioned it within a very close radius of the customer population. So what happens is ocean freight ends up being a key piece of it. Ocean freight is thought of as like a commodity product, commodity service. And -- but if you think about a container, like moving a container of goods costing you, $2,000 or $3,000. In our world where the value of the container of goods might be $30,000 or $40,000, $2,000 or $3,000 is not insignificant, right. If we had high-value flat-screen TVs or something of the sort, it would be much less important. What happens when you control the ocean freight, even though it's the more commodity [ of the piece, ] you can then handle the drayage. Drayage is a service that generally if you can optimize the operations, you can help optimize the warehouse productivity. If you control the ocean freight and you know what inventory you have and what locations, even though we don't own the inventory, our suppliers own the inventory, we can then offer our suppliers some benefits. Say, "let us manage our ocean freight. And then if -- we need to roll 15 containers on next week sailing, we'll know which 15 to roll because we'll roll the ones where we have enough inventory in the chain that we can keep and -- keep items from being out of stock." So if this container with your goods is really important to get through, we'll make sure it isn't rolled. If this container of yours, it can wait a week, then it would be one of the ones we roll, right. And so those are just different value-added things we can do by not just having all the pieces, but building all of our own software to operate them, which is all integrated and uses access to all the data. And so each individual piece in of itself may not seem really sensible. When you start thinking about the whole chain, then you say, okay, it's worth doing this piece, worth doing this piece, worth doing this piece. The aggregate impact is much bigger than the value of any one.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Got you. I want to move on from logistics for the moment and talk about advertising. So our contacts -- contacts in ad tech are telling us that you're way out in front of the field as many retailers risk getting boxed out by Amazon's emerging entry, and their appearance higher up in the funnel. Can you talk about how your ad tech presence and execution are very different? I suspect this is a part of the story that's probably been missed, at least, by the retail investment community.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So this is a -- I mentioned the software a minute ago when I talked about logistics. This is another great example of how building our own software gives us significant advantage. So -- I mean, today in the company, we've probably -- a quarter ago, we said, we had 1,900 -- over 1,900 engineers -- software engineers and data scientists. When you add the engineers, data scientists, the product managers and designers, it's over 2,500 people building proprietary software. And the proprietary software gives a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

significant advantage because we can make it very purpose built for exactly what we need, and we can make sure we take advantage of all the data we have. What's happening to ad tech is there's a few key partners. No surprise, Facebook, Google, Pinterest. And if you think about those guys, they're always trying to innovate and create new ad units and progress what they have and create more complex ways that they can offer better service. But it's typically hard for them to develop that in a vacuum. And so Google has publicly said, we were their partner on PLAs, we're their partner on developing trusted stores. Facebook, I think, 3 or 4 quarters ago on their earnings call referred to us by name, as a partner with whom they've built the new ad product. Pinterest has publicly talked about us. And so we build our own ad tech, and we partner -- these companies to help them build new forms of ad units. And the combination of the 2 with the fact that we also use our own data and write our own algorithms basically allows us to be very -- more effective in advertising management and execution than a lot of our competitors. And because of the way advertising is bought is you bid against -- everybody bids against each other, the more technology you have -- the more data you use, you have a significant advantage. Because you can be more surgical in what you bid for what. You can get more juice out of the lemon effectively. And that multiplies on itself. Because -- again, the way the model, the kind of live auction nature of it.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

And is that ecosystem changing rapidly in a way that makes it tougher? Or in contrast, builds your advantage?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

I mean, it's a pretty -- I'd say, online advertising, in particular, is a pretty dynamic market. Technology is constantly changing. You have multiple reasons, you've got different types of privacy requirements. You have different -- the platform guys have different -- they're trying to add different kinds of privacy to add -- the ad providers are trying to add different kinds of targeting. You're in turn collecting more and more data, so you're trying to make the specification of whether it's the creative that you traffic against an ad spot or whether it's the targeting you use more complicate -- so it keeps -- it gets complicated -- increasingly complicated very quickly because these things keep multiplying against each other.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Okay. I want to talk about marketing from a different perspective. So you, I think, have changed the narrative on the way the world views your return on marketing dollars by quantifying in essence, the cost of customer retention. Or at least a portion of your ad spend that for the purposes of this discussion you allocate to existing customers. We engage with investors on that topic. The pushback we occasionally get is, hey, this is a big ticket, occasional segment. Every customer is reacquired for every transaction. So how do you ascertain that a customer is really part of the family if you will? And not reacquire each time you're with them. I'm sure you have data that would give you some indication of that. Can you share your view?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. Well, so 2 comments in there. I'll answer your direct question second. The first comment I think just first is, again, remember that furniture is just under 40% of the total, and that's what you generally think of as big ticket, but another -- just under 40% is what we would call the core, but that's everything from bedding and textiles to lighting to seasonal, accents -- decorative accents. And so there's a lot of things in there that will be much higher frequency, lower ticket. And then inside housewares, which is typically low ticket, high frequency, and inside home improvement, which has certain subsegments which are that way. There's a lot of things. If you -- customers are always in market for something or other that we sell. They just don't buy that particular thing very often, okay. So it's not that they buy the same thing over and over. We're not in the consumables business. But we definitely -- the potential frequency could be -- is very high. In terms of how we know what it cost us, what we do is, basically, every bit of our spend is -- we have fairly complex attribution. So we don't just do last click or multi-click, but we have multiple

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

different attribution models that we overlay on top of each other to basically make sure we triangulate on what we think actual -- every action had cost us in spend. And then we also add up spend against the cohorts of the different customers. And so we're able to know is well, what's it cost us to get a new customer from a certain channel or a campaign. But we actually also can know what's it cost us when we move customers from one order to 2 orders or 2 orders to 3 orders or 3 orders to 4 orders. And what's it cost us for customers of different ages. So you can kind of cut it many different ways when you do this type of attribution. And what you see, no matter which way you cut, you can see systematically that actually as customers increasingly repeat the effective ad cost to get them come back goes down and those models are kind of self-learning. So as you learn that you -- not only does it go down, but you also learn that you don't need -- we automatically try to target them less, right. Because they're getting more and more engaged of their own volition, right. They're opening the e-mails more. They're responding to app notification more. They're directly coming to the site more. And so what you might do is, maybe for certain major events, you might send them a postcard, but sending someone a postcard costs you $0.20. It's not particularly expensive. What you don't have to do is this wide canvassing to just find somebody who's interested not knowing much about them, not knowing who is interested. So that is a long-winded way of saying, we're highly confident that we understand what each tranche cost us. And you pretty much clearly see it coming down. I would agree with you if we only sold a very narrow set of very high-cost low-frequency goods -- if we're selling cars or something like that. Then you're right. You would have to effectively reacquire very -- each time unless they have like particular brand loyalty. But basically, the mix of goods we have does lend itself to being able to build a relationship.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

And has that dynamic evolved as you've diversified away from furniture, it would seem like the product diversification would actually be helpful for getting that repeat customer concentration?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. I mean, the breadth of category -- we haven't really added categories in a number of years. From probably about 4 years ago, we haven't added any new categories. But what we have done is set up teams on each category that we have had in the [ nav tree ] to kind of go deep in it, build up the selection, merchandise it, drive the fast delivery promise and then all those types of things, where about half our categories might not have had that and half did. We now more or less have teams on them all. So that certainly has helped. I think the other thing that's helped a lot, frankly, is the Wayfair brand has gotten much better known. And I'm sure a lot of folks talk about the power and value of their brand. Well, homes are very emotive, very exciting category to our customers. And we try to build the brand up to be a fun place where you can kind of go and count on to really have a great experience in the category.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

So there's a question that I'm asking some of the larger and more innovative retailers, and it is about hiring. And you spoke about your software engineers and the people that you're bringing online. How is your recruiting and hiring evolved as you've grown larger or more global more vertically integrated and more logistics in terms of...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. I think -- as we continue to grow, I think, we are able to get better and better understanding of the types of talent we wanted in certain roles, and then how to go about finding them. And so I would say, over the last 2 or 3 years, as we built up the team, we've been able to really use a model where we -- in any initiative we have, we hire a very strong leader. There's a product team and an engineering team that, that business team works with. The caliber of people we hire on to these teams is frankly, incredibly high. And the running joke that, Michael and I [ and Smith ] have is like we're not sure or -- let me just speak for myself. I'm not sure I could get hired here today. I'm sure Michael could. And what you find is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that when you get these talented folks, they tend to attract other people like them. So the hardest part is in the beginning when you're trying to figure out what model types of folks you're trying to get and attracting a kind of a critical mass of them. Once you have a critical mass of them, a lot of them know each other. You start -- and so you're able to attract them even more. And then we kind of built up a recruiting function of significant size, kind of organized around attracting the types of people we wanted. And then that obviously makes everything easier too. So you can broadcast out kind of the message, and then when you couple that with the brand that people have heard of and know this is -- it starts becoming easier.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Another observation that I made initially when I first got to know you is that you had -- you put people in what might be unexpected roles. Your...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Your buyers had come -- didn't -- you weren't hiring buyers from departments stores. Your buyers had very interesting backgrounds from outside the industry. How have you been picking and placing [ people ] in that regard?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So -- well, in general, I mean -- we generally favor the concept of kind of the well-rounded athlete over sort of a surgical expert. So we really don't particularly focus on looking for someone who's done a certain job before. We look for that person who's incredibly bright, great business acumen, quantitative, ambitious, collaborative, all these traits. And then we find that those folks can generally ramp up on a subject matter area very quickly. And then what they do is, as they're driving sort of progression, they basically -- they're very open-minded to any approach. So they're just thinking about what might work. They think about it very entrepreneurially. And they're not necessarily trying to recreate a playbook of what they did in that role at x other place. And so we found that, that works pretty well. We definitely have hired some folks who've done certain roles before as well. And so I don't say -- I wouldn't say we have a single model of hiring, but we definitely optimize over -- kind of the core traits of the person over necessarily specific experience.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

On the tech and marketing fronts, kind of the convergence of those 2, you have been early to AR and VR. I know you're now introducing design services. What are consumers demanding? What are they looking to do in terms of both of these sets of opportunities?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

So -- I mean, this is going to sound really obvious, so perhaps it sounds stupid, but -- in our category, obviously, visualizing products is significantly, more important than in most other categories. So it's something -- it seems as simple as that, you say, okay, well, if that's true then what are all the things I can do? Well, some of the things that maybe would be great: if you can have more photographic imagery, that would be helpful. Maybe you can show the item in many settings. Is there any way to render this item in someone's own room, where it might sit. And you start thinking about all these different visualizations. Can you have a designer work with them, and help generate a rendering of what the room would look like after? All these things, each thing makes life a little easier for that customer and little more enjoyable in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it. So AR is basically simply put, if you build 3D models of an item, you then can lower your photography cost by rendering them into photography. And then if in the given item, the rug goes out of stock or it gets discontinued, you can render in a different rug at almost no incremental cost. And so that's obviously very attractive. So that was the primary initial business ROI for augmented reality. The long-term opportunity is as you have a more and more of a model library, and as the technology on the phones keeps improving, we think it will become standard place. If someone's going to want to -- if they're buying a large piece furniture, or a piece of wall art or a chandelier, they're going to sit in a room that they're going to put in, and they're going to look through their phone. And they're going to see it right in their own space. It's still early days for that, but we're very optimistic about that, too. So just like with the advertising world, you want to work with all of the platform partners. So that's people who you'd expect, like Apple on the phone, and Google on the phone to different folks who are doing headsets, whether that be Microsoft or HTC to newcomers like Magic Leap, where we are 1 of their 2 launch partners. So we don't have a particular view on what hardware will win versus another piece, but we want to be partners with all the key players and progress the software layer.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Does this -- if you think about all these advances -- does this because it's got to disrupt somebody, right. I mean, if you think about what you'll be able to do remotely. What you'll be able to visualize, does it disrupt the retail store? Does it disrupt the legacy home designer, decorator business? What's going to change? Because you're going to be able to do all this. And someone who's been involved in that process will be out.

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Well, so the way I would describe it, there's obviously a secular shift from off-line to online because of the convenience of online, the access to selection, so on so forth. What you find online, in just about every category, is that share is not distributed evenly. Because generally, the way that the best online businesses are built, someone builds a platform. And the platform is meant to basically be the ideal place for both sides, the producers and the suppliers -- or the suppliers and the customers. And so if you think about something like Uber, well, if they have more drivers, they can offer customer faster pickup and then it becomes self-reinforcing. Or Airbnb, if you think about liquidity on one side, it always drives the other. And so that's what we're building, right. So we don't buy any inventory. We're building a great platform. We have the infrastructure you need for a platform whether that's delivery or what have you. But we want to be the best place for all the suppliers and all the customers. So then where does that volume come from? Well, the answer is, it sort of comes from everywhere, right? So because if you think about Netflix, if I said, well, Netflix is really growing in viewership hours, where are the hours coming from? It's not coming from any one particular spot, right. But people's general behavior is changing. They're siphoning more and more of the viewership hours in a different way. There may or may not be a net gain in viewership hours. But that's sort of the secondary point. That's not really the primary issue, right. The primary thing is that you're offering the customer far better experience. They're going to not overnight, but they're going slowly change their behavior, and it's going to be a bit of a one-way road because there's no real incentive to turn that car back around and go the other way.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Now on categories. You said something interesting. You haven't added a new category in 4 years. Like not a big umbrella category in 4 years, which is interesting because your growth has been what it's been without that. How was growth in some of your more mature categories? Presumably, the furniture categories compared to the other categories? And how far field can your adjacencies move? And you have this great platform, this great marketing logistics platform, et cetera. How far field could you take it?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We're not particularly interested in taking it far field, right. So we think of home. We're very happy with a set of categories we have. And to be honest, even last quarter, our run rate revenue was $6.5 billion. We grew 49% year-over-year. But $6.5 billion, when you say that the B2C version of the category is running at $600 billion between U.S., Canada and Europe. And then the B2B piece that we also address would make it even bigger, $6.5 billion is not particularly large relative, right. So I think we can continue to grow for a long, long time. And in the way that it's a concentrated world online, winners take most, I think it behooves us not to worry about straying afield. In other words, it behooves us to go deeper and deeper. So when you talk about something kind of, as you mentioned, would seem as mundane as ocean freight, well, that can offer a lot more value when you multiply its benefit times everything we're doing in the category than what would seem more logically easier or better to do is expansion which is to move to an adjacent or a separate category.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

I want to talk for a moment about exclusive SKUs and private brand development. Your numbers are getting bigger. So if you could talk about how you define those terms? And how those numbers have moved and where you see them heading?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

So we have a program that we call house brands. So basically what these brands are. There are 75 brands, a little over 75 brands we've created. And each brand, generally, stands for a specific style, specific quality range of home good. So that will be a lifestyle brand, and it will have rugs and furniture and wall art, decorative accents. And it will be a fully fleshed-out brand. We have some brands that are also just kind of meant to be more basic. We have one called Wayfair Basics. We have mattresses, basic one called Wayfair Sleep. We have a more premium foam mattress called Nora. So there is different -- these brands are all different. But what we generally done is work with our existing suppliers to curate their items into these brands. And so these brands are actually fairly large and expensive in terms of the number of items. But what we do by putting them together, creating cohesive looks, creating photography of these -- the full looks together, making sure that the relative quality and price are relationally correct. And then we name the collections. We name the items. We create all the visual merchandising and other merchandising support. We basically make shopping a lot easier for customers. And we also take away the opportunity for someone to -- if they have the same item, we take away the ability for them to just kind of take that item and kind of undercut us on price by whatever amount they might want to do. Because effectively, no one now knows whether this item is the same as that item or not. And I think that's really important because basically when you shop for these goods, customers don't have brand preferences. But they have style desires, quality desires. They may have a budget. And things like the user reviews and the fabric samples and the wood samples and all this help really the customer find what they're looking for. And ultimately, the result of that is, when you help them find the thing they want, they purchase it from you, right. And price is not something that customers really are particularly -- if you think about 300 basis points, you say, that's a huge swing on gross margin, but when your average ticket is $250, so that's a difference of $7.50. And if I told you, hey, how much do you think that chair cost right there. Is that $89, $99 or $109, you have no idea. And I just talked about a 1,000 basis point swing in either direction. So all this -- again, this whole strategy is kind of focused in on this category.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

And how much of the -- how much of the business is driven by the 75-or-so brands, have you said that?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Well, the -- I would say in -- again, the vast majority of our subcategories are nonbrand. So furniture, decor, lighting, most parts of home improvement are nonbrand. So most of the brands we use are ones we've created in all those categories. So I think we had a stat like couple of quarters ago, 2, 3 quarters

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ago, we said, 60% of our revenue was coming from these brands. But I mean, we're talking hundreds and hundreds, thousands of items.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

So -- but these are all truly exclusive to you?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

No, not necessarily, right. So that supplier may be distributing that item to other folks, but they would then -- how they -- they're going to call it something different. They would have to do the photography, the merchandising. It's just like when 2 folks might be buying the same t-shirt out of the same factory, is it the same t-shirt, not the same...

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

So you take it, you curate it, you package it, you make it part of the collection, even though the same SKU might be going out the -- to another...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Typically, when you get to the more basic opening price point items, they're more or less made the same exact way and [ not that ] many different places. And as you move up in quality, you tend to find a lot more diversity of selection available out there.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

I think what will be our last question based on time relates to the numbers. And really, how do you define your financial goals for the company?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

Yes. So I mean, basically, I think, the same way everyone else would, right. You're trying to build a very successful business. In our case, we think about it over the long term. So the long term to us, we don't have a particular time horizon in mind. We view this is a very, very large opportunity, as I mentioned, based on the market size. And we want to make sure that we're very profitable as we build the very large company. So the way we think about it is we invest very aggressively in the things that we believe are going to be very significant differentiators versus others, things that will be either impossible or very hard for others to replicate. And which offer the customer very significant benefits. And then when we do it every step along the way is -- we protect the unit economics. So -- in other words, our gross margin, we said that that's going to stay between 23% and 24% for now, even though we have a lot of deleverage from international and deleverage from the categories that we're now investing into growing. And it can expand from the -- buying power from the transportation efficiencies. And it can expand by even more than we have in our long-term model. But we're not going to let that number erode below that range right now, even though we're absorbing deleverage. And we talked about advertising. We talked about the payback cycle and keeping that very tight. So our view is if we protect the unit economics very tightly, and we invest ambitiously in these very material things that change the customer experience and really create significant benefits for consumers and moats versus competitors, what you then basically end up with is through the benefits of scale, through the benefits of the buying power, through the OpEx efficiency, through the mix towards repeat customers on the ad line, you basically evolve into that long-term margin automatically. And you do it while scaling at a tremendous rate, which -- the function of our profitability will be retail doesn't have a super high profit margin. But when you take the profit margin we talk about, and you multiply it by a very large top line, you start talking about a very significantly profitable company.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

And is there a level of revenue at which you would say, hey, this by 0.x we really want to -- we want to get there, we want to be in the black?

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*

The U.S. has now been EBITDA profitable, 6 of the last 7 quarters, and that's even though -- its $5.5 billion run rate growing at 40%, right. So what happens is as our business grows faster, it throws off more contribution margin which tends to basically then let you outpace the investments even faster. So I'm not going to share a specific answer to your question. Next time you have to get Michael up here if you want to get really into long-term guidance and I think he'll politely decline, but you can try it with him. But what you'll see is that if you look at the -- what just happened with the U.S. from the time we went public 4 years ago until now, you can actually see how growing very quickly actually evolves you into the profitable model. And actually your enemy will be growing slowly or underinvesting, which basically would inhibit the repeat cycle. And I think that's the thing that's not understood. People think that profitability will be an outcome of trying to grow slower or not investing. And I think that's where a lot of companies get tripped up.

**Matthew Jeremy Fassler**
*Goldman Sachs Group Inc., Research Division*

Right. So next up in this room, we have [ House. ] We have KAR downstairs, and Hudson next door. Please join me in thanking Niraj for his...

**Niraj S. Shah**
*Co-Founder, Co-Chairman, President & CEO*
Thank you, everyone.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.