# EXHIBIT R

**S&P Global**
Market Intelligence

# Wayfair Inc. NYSE:W

# Company Conference Presentation

## Thursday, September 06, 2018 3:15 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ............................................................................ | 3 |
| Presentation | ............................................................................ | 4 |
| Question and Answer | ............................................................................ | 5 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Michael D. Fleisher**
*Chief Financial Officer*

**Steven K. Conine**
*Co-Founder & Co-Chairman*

**ANALYSTS**

**Mark Alan May**
*Citigroup Inc, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Mark Alan May**
*Citigroup Inc, Research Division*

Hello, everyone. Thanks for attending Citi's Global Tech Conference this year. I'm Mark May. I'm the Internet analyst, and it's my pleasure to welcome the team -- of course, it's our Italian sales guy who's -- we can't keep the -- it's my pleasure to welcome the team from Wayfair to the conference. Thanks for coming down from Boston and participating in the conference. I appreciate it.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, thanks, Mark.

**Mark Alan May**
*Citigroup Inc, Research Division*

Steve Conine is one of the company's cofounders and Chief Technology Officer, and Michael Fleisher is the company's CFO. So appreciate it. Thanks.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Good to be here.

**Mark Alan May**
*Citigroup Inc, Research Division*
We'll dig right in and leave a few minutes at the end for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Mark Alan May**
*Citigroup Inc, Research Division*

So I was going to start out, Wayfair is one of the few -- very few examples, you've been doing this for 20 years, and one of the few examples of e-commerce company that's actually been able to scale its business in terms of customers and revenue in the presence of Amazon. And so one of the things I was going to ask you, maybe this is a little bit of a softball, but what would you say are some of the primary reasons why Wayfair has been able to succeed in the face of a large, well-funded competitor that doesn't pay taxes, like Amazon?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, sure. So yes, we definitely had that question before. So I guess on the one side, we started this business in 2002. Amazon has been in the market since then. It has always been a competitor of us. I think as we have kind of carved out the areas of our business where we feel like we provide an expedience that's very differentiated from them. We've talked a lot about what those are. And so at a very basic level, the category of home is much more experiential, shopping-led, and so customers don't always know what they want. They're looking for a platform that helps them understand ideas, get design ideas, get inspired, fall in love with products. And the Amazon platform is very driven around part numbers and search. It's a phenomenal platform for commodity goods where you know what you're looking for. And when you look at where they're investing and what they're building out, they're really focused on figuring out how to enhance that. So what they're doing with grocery. Obviously, they go into electronics and media and a lot of other businesses that are pretty relevant to us. But the core experience that they are delivering and their speed promise and their value promise, they're really exceptionally good at the small parcel commodity products. And when you move into categories that are less search driven and that are more motive that's where their platform is not as good. And that's where we have just built a purpose-built machine to really focus on those aspects of the category. You see it in transportation. And actually, we talk a lot about our transportation network and the investments we're making into our physical logistics and delivery assets. And the -- or the ability to deliver medium to large goods is very different than the ability to deliver single-pound items. And so when you look at what we're investing in and the way we're building our logistics footprint and the way we move products around the world versus an Amazon, we feel like we have a competitive edge in that space today. And it's not to say they couldn't focus on investing in that, but they haven't. And it's not where kind of the core of their resources seem to go.

**Mark Alan May**
*Citigroup Inc, Research Division*

Got it. Maybe just continuing that context a little bit. If I were to use the analogy of Amazon started with books and then expanded into other categories, what's been sort of the evolution of Wayfair's product catalog? And how -- where did you start? Why did you kind of start with those particular products? And how has that evolved over time?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, so if you go way back, so 2002 was when we started this business. And it -- I would say we found opportunity in sort of the -- we thought of them as niche at the time, but they were the more complicated product categories. So if you think about purchasers in 2002, obviously, if you're -- everyone's got a certain risk profile. And the first thing you're going to try buying online likely isn't going to be a couch or a bed, you'd try a t-shirt, you buy DVD. You kind of knew what it was, it went bad, it wasn't that bad. And as you start to move up the risk profile, you start to consider larger purchases and more complicated products. Well, those ended up -- those categories, they require -- on the one side, it's a higher consideration cycle for the customer, and they require a lot more complexity around everything else in the whole chain because they are more apt to be damaged, they are less frequently purchased.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the stock planning and inventory planning and positioning the products is a lot more complicated. There's a huge selection sort of -- in our category, there's like a deselection bias where if things get too popular, they suddenly become less popular. And so consumers want a huge spectrum of selection. We honed in on kind of early on that, that's where there was a real opportunity in retail. And if you looked at the experiences and, in fact, whether it's brick-and-mortar or online guys were providing the customers, there's real gap in the quality of the experience. And you could see that we could -- or we could see that we can improve it quite dramatically by investing in kind of the nuances of those categories. And so as the business evolved, we kind of ended up going after a lot of what we thought of at the time larger, complicated, bigger, bulkier stuff. It basically then became pretty apparent that it was all sort of home related. And so very -- when we looked at kind of what we were selling, and we'd gotten a portfolio that had predominantly what we sell today. We had a few ancillary categories like we sold some watercraft and we sold some sort of -- we sold caskets and coffins, actually, at one point. So we sold some stuff that weren't totally pure to what the business is today.

**Mark Alan May**
*Citigroup Inc, Research Division*

That's [ a new one ].

**Steven K. Conine**
*Co-Founder & Co-Chairman*

But we trimmed out a bunch of those and basically said where we can win and where we can really create an experience that customers are going to care about us differently than anyone else online is in home. And so we went through a transition of kind of trimming down some of the categories, getting out of some ancillary stuff and really focusing on the core of what we were finding we were most successful at, which was home. And we really think of it as the finished parts of home. So we don't do the construction materials or the building materials, but we do sort of all the finished items at home. So we think of this as what generally the woman of the household or whoever is designing the home would pick out when they're doing a home renovation or you're moving into an apartment or you're moving into a new facility.

**Michael D. Fleisher**
*Chief Financial Officer*

I think the only thing I'd add is to -- if you look -- one of the things that's interesting, if you look at our categories or navigation tree if you went to the site today and said, what's everything to sell? That navigation tree itself, the categories we sell hasn't changed really in the last 5-plus years. What has changed is the amount of resource and investment we're making in some of those subcategories where we were subscale or didn't really have a great offering for the customer, right? So we've used some examples in our earnings calls each quarter. So talk about mattresses and vanities and things of that nature where these are categories if you went back and looked 5 years ago, we were selling them, we just didn't do a great job merchandising them for the customer. And so today, we've invested -- one of the big investments we've made is people to go out, whether that's the engineers or the product designers or the marketeers to go out and figure out what's the right way to get that in front of our customers. Because we already have the customer, what's the right way to get that in front of our customer to create the end sale? So I think, though, the category hasn't changed, our depth in subcategories hasn't changed a lot. But decidedly, home. Like, we have no interest in finding the next thing beyond home.

**Mark Alan May**
*Citigroup Inc, Research Division*

Yes, just kind of following along that, in terms of the addressable market, how you sort of define that, what that is. What portions of the home category do you see yourself...

**Michael D. Fleisher**
*Chief Financial Officer*

So I think if -- the way we define it is that navigation tree. So I think if you go look there, you'll see. And you'll see items on that navigation tree that you don't necessarily think of Wayfair for. Home appliances

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

would be an example where we've got a team of people, and now a new partnership with GE and a bunch of other things that we're doing to sort of build out that business . But I think it is that sort of wide range of home. As Steve said, not building materials, but the finished parts of home improvement as well. And if you look at the TAM of those categories, you just take our navigation tree and take that TAM, it's about $300 billion in North America, there's another $300 billion in Europe. And then -- and that's just to consumer. And obviously, then there's a B2B component of those categories as well that would add another couple of hundred million dollars on top of that. But just the consumer side is $600 billion TAM, U.S. and Europe.

**Mark Alan May**
*Citigroup Inc, Research Division*

I think when you guys went public, one of the things that you'd oftentimes hear was home furnishings might -- if I were to look at all the different categories that exist and can be purchased online, home furnishings might rank in the lower half in terms of ultimate online penetration because people just need to touch and feel it or a variety of different reasons. Obviously, now you guys have had tremendous growth since then. Probably don't -- I really don't hear that myself much anymore, but what is your kind of feeling on this? I wonder, are there certain categories that your experience has shown that maybe you've got to apply some different technologies or approaches? Or maybe you've tried things and it just doesn't seem to be helping? Maybe if you could talk a little bit about trying to get people comfortable with buying some of these categories online.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Sure. I was just thinking, back in the day, people would always say, I'll never buy couch on the Internet. And I'm thinking like, well, if I get a dollar for every time I heard that, now I kind of do. So I think if you look at what we are trying to do. So first of all, yes, I mean, I think computers and electronics and media, you're finding that they're more than 50% sold online. And it kind of makes sense, that's where consumers start. That's where they're going to be comfortable. It's easy to describe, all these other reasons, right? Those aren't going to double from there because they can't get past 100%. In our categories, we think it's, say, 10-ish percent. It can absolutely double. In fact, it could probably quadruple or more, right? So we're not betting on it being the predominant way that the furniture category is sold. We're just betting that we can continually, incrementally improve it and capture market share. Now my belief, I guess, is that when I look at what we're investing in, we're trying to figure out how do you accelerate that. And so if you look at a lot of Internet markets there's [ certainly a ] sort of a kink in when consumer behavior changes and people start thinking about it differently. And there's usually a variety of things that add up to kind of causing those kinks. So in our category, touching it and feeling it is something people always go to. But obviously, the e-commerce 101 stuff matters a lot too. So making sure you provide great value, great pricing. Ship speed has been a thing that, obviously, e-commerce people are very -- ship speed is very important. Well, the combination of all those things help with the touch and feel of the stuff too because all of a sudden, it reduces your risk on taking a potential sort of bet on not being able to touch and feel it online. If you look at what we're doing with visualization and giving a lot of imagery and a lot of customer reviews, and we have a great customer service team to help customers talk through things, they all reduce the barriers to why you might say, well, I really want to try to touch it and feel it. And then if you think about most furniture purchases back in the bricks-and-mortar day, so I grew up, actually, in New Jersey and my mother ran a bricks-and-mortar retail store. I used to drive a delivery truck around New Jersey and deliver furniture. And most of the stuff we sold to customers, they -- we didn't have it in the store. They'd come in, you had something similar. You'd say, yes, it's kind of like this. But you generally are selling something that's exactly what they wanted. So I think, historically, people tend to jump to that, but they overemphasize by how much they're actually doing that in their true behavior. And then if you look at what we're trying to do to invest in -- we think what we're doing is going to literally change behavior of how people think about purchases in this category. So I don't know if it will ever get to be the majority way furniture is sold, but it kind of -- in our world today, it doesn't really need to be for us to be -- a massive opportunity for us.

**Mark Alan May**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Citigroup Inc, Research Division*

Maybe just sticking with the category, have there been any categories where you've been surprised at how, and this has less to do with kind of touch and feel, but just from a category standpoint, any categories of products that you've put up on the site and been really surprised at the level of adoption? Or maybe inversely where it just hasn't worked?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

A good example is -- would be upholstery, right? So that sort of would be at the extreme end of a category where you're like, I really want to touch it. I can't judge the softness online, or I can't really judge the quality of the fabric. And historically, we used to sort of under index on upholstery. So upholstery was some percent of overall furniture sales, we were always kind of under that. That -- we've literally closed that gap over the last few years here to where we sell it just at the industry average, and we've really changed -- we've seen the behavior of how customers purchase that category changed, which I think it surprised me a little bit because I always sort of thought like that would be one of the latter ones to go to. But it's also been sort of a confirmation like, okay, we're investing in the right things and the team is working on the right things. And it's...

**Mark Alan May**
*Citigroup Inc, Research Division*

Anything in particular that you did differently that...?

**Michael D. Fleisher**
*Chief Financial Officer*

I think it was -- it's a group of things. It's some of the things -- Steve already talked about the basics well, but then it's creating a swatch program so you can send people fabrics, right? So they can sort of at least have that and making that in an automated way so it makes it super easy for the customer and then doing a good follow-up. It's having enough scale to have specialized customer service. So if you call up and you're talking about an upholstered piece of furniture, chances are good you're going to get one of our customer service reps who spends almost all day, every day, helping people purchase upholstered furniture, so they're actually really knowledgeable. And they're -- they may actually be -- they're likely way more knowledgeable than the person who's in the store trying to sell you that piece. And then I think one of the things that actually surprised me was we created a program to do custom upholstered furniture, right? Where you would sort of say I want this fabric and I want that style and I want that foot and that nailhead. When we first did this and said, we would also take returns on it, I thought that was -- we were being slightly crazy. But the truth is, when someone actually spends the time to put together the thing they want, it has an extraordinary low returns rate and very high customer satisfaction. And then you add into that some of the things that we can do online that frankly you can't do in a brick-and-mortar store, which is we can give you really good return. We can really give you good reviews. And so having what -- a perspective of what other customers think about the product, not when they purchased it, but a month later, 2 months later, 3 months later, right? So I bought this chair and it looks great and felt great, but it didn't stand up over time, right? The quality wasn't great on it over time. That allows the customer to look at that for what it really was, right, for the value -- the price value was really fantastic. That allows the customer to have a set of insights that they would never have in the store that the really value. And it's interesting, if you go to the site, how deep the reviews are today. How many customers are now posting their own photos of the product in their home? We know customers really value that as well because they can see not just the glossy version that we can make you look great, but what it really looks like in someone's home. Those are some of the features, I think, that make it so you can take something that you'll think about intuitively as an online product and turn it into one that's really successful.

**Mark Alan May**
*Citigroup Inc, Research Division*

We've seen more examples of historically online-only retailers experimenting with or going forward and into omnichannel models where they're coupling an offline brick-and-mortar presence with their -- an

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

offline with the online. How does -- is that -- do you see that playing a role? Or what role does that play today? And do you see that playing a role in Wayfair's business model?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes. Well, so I can't -- there aren't -- I guess, I'm trying to think of examples of ones that started as purely online and have gone to omnichannel. I mean, I guess -- so I'm thinking like Warby Parker, Bonobos, things with the jewelry guys. Amazon has -- okay, they've got -- so yes. So I guess the way we thought about that is that on the one side, there are certain categories where it's a small ski selection, brick-and-mortar stores make sense as a way to kind of get in front of consumers. And I think we look at stores as a marketing investment. So we're very thoughtful about how we invest our marketing dollars, and we look for certain payback on a certain yield on all the different advertising that we do. And I think, with stores, we've always thought about it was that it would be that at some point in the future, you probably -- you to get to where you say, all right, we're kind of saturated. We're spending at the optimal limit in the channels that we're in. And maybe there's an opportunity to unlock a physical aspect of it where you could have some sort of physical presence that gets consumers either familiar with the brand, comfortable with the brand, excited about the brand that would have a good advertising payback. And so stores are not something that we do today. I know there's been some media about kind of a outlet store that we're opening in Kentucky that's for sellings and returns, but that's not really what you think as a retail experience. I think retail experiences are something that at some point we'll run some experiments around and try to figure out is there an opportunity there to unlock value? We're a little bit odd in that you can't put 10 million products of the size of products that we sell into a physical space. So I think the road to what a physical experience would look like is not sort of an obvious, like, go do what so and so did. It's a bit of an experimental sort of exploit. We've tried to figure out at a small scale where there's opportunity, where there's good value before you sort of did anything big.

**Mark Alan May**
*Citigroup Inc, Research Division*

I think maybe shifting topics a little bit. Earlier, you mentioned -- you referenced ship speed and one of the many things that consumers are looking for. I know when Wayfair went public, the -- very much of a asset-light kind of business model, that's shifted a little bit over the last few years. Maybe if you could talk a little bit about why the company decided to invest more in your logistics and fulfillment operations? And we can then dig into how that's impacted customer satisfaction and all the other key elements as well.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, so I mean, we're super excited about what we're building out and what we're investing in there. I think if you look at from when we went public, I think our sort of capital investment as a percent of revenue was like in the 2% to 3% range, and now it's maybe 3% to 4%. So it's not like -- we're still very asset-light when you look at retail and where capital and traditional retail goes. I think -- so then you look at like, well, why do you continue to invest at a significant scale into the physical logistics and in the warehousing that you are. And the core of it is kind of what we were just talking about with this category and its potential penetration online is that everything we do is trying to figure out how do we provide a better and better customer experience so that customers see us as a very differentiated place to shop. And we're continuing to chip away at the anxieties and pain points they have at purchasing cycle. And so this is a category where -- look, when you're a very small company, I remember, in the years I started this business, when you're sort of subscale, you're kind of beholden to the -- both the suppliers in that you're kind of pulling out of their inventory, you're hoping they give you accurate data. And you're also beholden to the shippers because you're just using national carriers and you're kind of hoping they do what they say they're going to do and they tender it. But that experience is what your customers get. We used to run -- back in the early days of this business, we run negative Net Promoter Score on large parcel. This was back in early 2000s. But if you think about that, like, that's a tough experience. So your best opportunity there is your customer places an order, you call them up and tell them it's going to go really bad. And just be like, well we're going to take care of you when it does, but like, just you know, right? We've changed that dramatically to where it's now -- it's dramatically positive and it's getting up

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to where you can hardly tell the difference between any different ship categories we have. The behavior that you cause there is phenomenal. Now the reason we're able to do that is because of the scale we've gotten to. And I could have told you, years ago, that would've been a great customer experience. And the frustration customers had there is terrible for them. It's really not doing good things for them. Despite that, we were able to figure out how to do good for our customers. Well, now that we're at a scale where we can actually invest in bringing things through our network, it means we can move more efficiently from where they're manufactured, and oftentimes a manufacturer overseas, through the country, through their end destinations. We get them close to the consumer. We can take costs out of the overall chain. We can decrease damage. We can improve speed. We can improve the last touch that we have with our customers in a dramatic way. And so the improvements we've seen around our customer metrics and behaviors that we're seeing, we're in the super early innings of having customers experience what we think is starting to be what I would say a great, exceptional customer experience. But from an investment standpoint, that's an area of the business where I think your investment thesis as an owner of a business is we're much more confident around what we're investing in today than we would've been even 5 years ago. And at that point, you're still kind of a little subscale. You weren't quite sure you could get the stuff to operate at the efficiencies and they ways you thought it would. As you've seen that happen, your conviction around the value of it, it goes up significantly.

**Michael D. Fleisher**
*Chief Financial Officer*

And I think we're seeing the response from customers, right? You're -- we effectively have taken the worst -- it seem like the worst NPS part of the entire experience, and we're actually turning it into one of the best. We're at a point now with our large parcel delivery where customers are actually telling other customers they should shop with us because of that, right? Because that part of the experience is so good. And if you think about it, it's -- part of it is scale, part of it is having the financial wherewithal, part of it is also being able to build the end-to-end technology, right? We have 2,000 engineers and data scientists for a reason that's an end-to-end thing. I need to know where the suppliers' product is, right? We're now doing ocean freight, we're bringing it into -- for them into our warehouses so we can keep sort of keep captive control of that all the way through, and then understand what the promises that we're going to make to the customer and sort of then deliver on those promises. And the idea that like, today, if any of us go take an Uber, and we're going to spend $6, we know minute by minute exactly where that is and we have a really good customer service experience. And you go buy $1,000 sofa and you have no idea when during the course of an entire 24-hour day it's going to show up, that's kind of crazy. So being able to sort of deploy that same kind of technology in our world so the customer feels like they're being taken care of and served has huge benefits on repeat rate, lifetime value, et cetera.

**Mark Alan May**
*Citigroup Inc, Research Division*

And just to level set kind of what you've built out and how -- what -- how much of the business you're sort of controlling the critical parts of because you talked a lot about trying to -- one of the problems you're trying to solve is improve NPS and customer experience with large parcel, but -- and scale kind of allowed you to make that investment comfortably. Where -- I mean, if scale wasn't an issue and you were 10 times larger than you are today, I assume, at some point, you could see taking control over the vast majority, if not all, of the shipping. I'm just trying to get a sense of where you are today.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, well, so I mean, just some stats on that. I think, what is it? Large parcel, is it 60%?

**Michael D. Fleisher**
*Chief Financial Officer*

Yes.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

At the end, home deliveries come through our network today. And if you look at where those are, I mean, they're the high-density population areas in the country. So every month that goes by, as our sales grow, there are sort of new markets that all of a sudden sort of tip into the threshold and say, like okay, they weren't having a DA in that region because we now have the density we need to cover that region. So there's definitely just a matter of growth over the next number of years where you get to where you can be and approach 100% sort of coverage of the U.S. market for large parcel.

**Michael D. Fleisher**
*Chief Financial Officer*

And we're moving 90% of the large parcel product across the country ourselves, right? And then doing the deliveries in about 25% of the areas.

**Mark Alan May**
*Citigroup Inc, Research Division*

And large parcel being roughly what portion of the investment -- or the shipments?

**Michael D. Fleisher**
*Chief Financial Officer*

Roughly, 25%, 30% of the business in total.

**Mark Alan May**
*Citigroup Inc, Research Division*

Is that somewhat comparable with shipment volume too? Or...

**Michael D. Fleisher**
*Chief Financial Officer*

Yes.

**Mark Alan May**
*Citigroup Inc, Research Division*

Okay. And then at what point is it economical to invest? Will there ever be a point where, with smaller parcels, where you think it -- that makes sense? Or why is that, that's kind of another level of scale?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, so small parcel -- on the wood side, it benefits a lot from the Middle Mile freight moves we can do because we can -- we're at scale enough in small parcel now, we can do a lot of zone skipping.

**Mark Alan May**
*Citigroup Inc, Research Division*

Got it.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

So we can have bigger pools of freight in central regions that we can pull from that we can then run full truck loads into a last mile areas for FedEx, UPS. And we -- and so the scale -- we get some significant benefits of scale in those markets as well. And then I think our freight profile also skews very large. Our average small parcel product is about 30 pounds. I think as we continue to scale up too, today the density we would have and as the weights kind of go down would be less than you'd need to really compete -- be sort of at the most competitive level in those freight classes. You'll start to scale into where those start to become -- you can start to direct inject into U.S. Postal Service at volumes that start to make it very economical as well. And so those -- it unlocks opportunities in categories that you could say, like, we're not as competitive as we'd like to be today.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael D. Fleisher**
*Chief Financial Officer*

Yes, I think the big investment in the small parcel world has been around our CastleGate network, right? Which is suppliers forward positioning their inventory in our warehouses where we can then do some of what Steven has talked about, right? Do the zone skipping, the much later cut offs to really provide, from a customer standpoint, perceived faster delivery, right? Because the product is -- they can order it late into the evening and have it show up the next day or 2 days and do that actually at lower cost, right? So that -- it's actually a win. The beauty of all of this logistics work and the reason it's worth the investment is that it's a win for us, it's a win for our customers, and that's a win for our suppliers, right? It's very rare that you find any place that you can invest in your business that everyone in your eco system benefits. Usually, you have to take from someone. And this is one where all 3 parties are benefiting. And so customer is more satisfied, more likely to reorder. Suppliers pick up incremental sales and the system -- and lower cost. And there is a huge, not just our piece of it but even from the supplier standpoint, of the final product, 20%-plus is transportation and logistics cost. And so if there's the opportunity for us to take out not just the piece we've been bearing but also help the supplier, whether it's ocean freight or whatever, with the piece they're bearing and sort of create a more efficient model for them, that's a win for them, win for us, win for customers.

**Mark Alan May**
*Citigroup Inc, Research Division*

Yes. Jumping around a little bit, but just wanted to ask you a few questions on private label. If you could remind us how much of the business that represents today and how that mix has kind of grown. And while we're on the kind of large parcel topic, I presume that the majority of that is within the large parcel category and maybe if you could...

**Steven K. Conine**
*Co-Founder & Co-Chairman*

I don't think it...

**Michael D. Fleisher**
*Chief Financial Officer*

It's across the board.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, I think it looks like about like our average there, so like Michael was saying. And the percentage of that -- I mean, it's basically gone from 0 and 15% to 60%, north of 60% today. And the thing that's great about those House brands is that, well, for one, from a pure competitive standpoint, it obfuscates stuff in market. So it's harder for us to get into exact head-to-head price wars with other retailers. But customers really love it because it makes it easier for them to shop. And if you think about this category historically, how it's been sold, the retailer has almost always done the curation and done the sort of narrowing of the selection down to a certain style that you might like. And so you would, historically, have picked a retailer based on their style and said, I'm going to go to this one because they kind of match what I -- what my home looks like. Well, across the Wayfair catalog, one of the hardest things customers would tell us that they found about our platform is the selection is overwhelming. But by curating these selections and having great merchants that put stuff together, we're able to create collections of product and make it easier for customers to shop. And so you come on the Wayfair platform and you're trying to discover your style, your look. You find an exclusive brand, you fall in love with it on our platform, it's easy to shop. If you then go and try to shop around the Internet, for one, if you've fallen in love with it on the Wayfair platform, you're a little reluctant to go do that, but it's hard to find it everywhere else. And sure, you might find something that looks kind of similar, but generally, we provide very good value. So that you find the pricing on our sites fair, you kind of check that. It's been a real win-win for us across the board. And our suppliers like it too because it reduces channel conflict for them. So they don't have their products showing up on sites across the Internet and then the get pushed back at a bricks-and-mortar channel

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

because now they've got people who are flooring stuff in a physical store who see it on such and such website and they're are not happy about that. So it's been a -- something we're super excited about.

**Mark Alan May**
*Citigroup Inc, Research Division*

And how has that changed some of the key metrics that you look at for the business, be it any direct impact on basket size or gross margins or...

**Michael D. Fleisher**
*Chief Financial Officer*

Yes, we look very carefully, and one of the KPIs we've put out as revenue -- trailing 12 months' revenue per active customer. That's sort of the encompassing one in many ways from my perspective. And I think the House brand strategy is part of driving that up over time, right? We know -- and that number today is $440 or something like that, right? We know that our customer -- if you look at all of the things that we serve in the market, our customers in market is spending a lot more than that per year. The opportunity to gain wallet share from her is really quite high. But part of it is getting her to understand that we sell those other things, right? That we're the source for it. And one of the things that's been critical in the House brand strategy is we don't just sort of say, like, it's -- we have 70-plus House brands. They are designed around styles and price points, but they're curated together across the broad selection of what we sell, right? So it's, here's a really great visual image of a living room. And every single thing in that living room comes from different suppliers, but we've brought it together, brought it to life for the customer. But also then here's a great visual image of your backyard or your patio, right, that includes not just the patio furniture what you might think about us for, but the patio decor, the shed in the back corner, the grill, all of those items, again, that we sell. Here's a picture of the front of your house and your garage and the storage and org and your mailbox and your doormat and your outdoor decor. And so bringing that together is, I think, one of the things that's allowed us to continue to start a march up both the transactions per year and the dollars per year that we're getting. And there's a big runway on wallet share with our customers.

**Mark Alan May**
*Citigroup Inc, Research Division*

Maybe pivoting to a couple of questions on marketing. Wayfair has been particularly successful among my coverage universe and leveraging TV advertising to build the brand up over the last few years. Are you happy today with where you are from a brand-recognition standpoint? Do you think the company is at a point where we could -- you could start to leverage some of that investment? Or are you at a point instead where you want to kind of maybe even push on that and get the flywheel working even more and more?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes. So yes, we're -- I guess we're -- if you think about it, the Wayfair brand didn't exist before 2012. And today, the awareness numbers we have are -- we're very excited about it. So the hypothesis we had around TV advertising as a way to build brand awareness has come to fruition. So we're very excited about where we've gotten to. Now if you talk our marketing teams and -- or you study sort of TV advertising, there are definitely stages of it. So early days is kind of awareness. And then there's sort of -- there's different, like, affinity or how do you get them to fall in love with it? How do you build -- how do you broaden what people know or aware of you for? And so I think you'll continue to see the message we delivered through TV chains. I think at -- the investment we're making in TV, we'll continue to sort of grow at a reasonable rate. And we see that we get good leverage out of it today, but...

**Michael D. Fleisher**
*Chief Financial Officer*

Yes, the only thing I would add is TV still is -- it's the most visible piece, but it's a small piece of the total ad spend, right? So we've said 15% to 20% of the total ad spend. It's a very important tool. It can create, and we know through what we believe are extremely good attribution models, sort of what we get and the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

==benefit we get for it and what we -- what customer response looks like. But the bigger investment over the last few years has really been in the direct online where we know exactly what the yield is that what we're getting. And I think that's TV -- and the brand awareness creates a halo around all of that, that's really quite powerful.== It won't go away, but I don't think it's going to need to grow in stature in our ad spend.

**Mark Alan May**
*Citigroup Inc, Research Division*

In the direct response categories, there's been a lot of noise in the market there around data, data privacy, ability to kind of -- targeting around data even within some of the platforms where trying to shift a little bit more towards friends and family content, maybe commercial messages, get a little bit pushed further down the feed. Have you noticed any -- heard anything from the marketing team in terms of changes in the effectiveness of some of those channels?

**Steven K. Conine**
*Co-Founder & Co-Chairman*

I mean, so the thing I hear from the marketing team, I guess, we generally do well in times of change. We tend to be able to figure out the opportunities of where the market is going quicker than most of our competitors. And so we're -- I mean, Facebook has talked about us in some of their earnings calls as being a very early sort of partner, working with them on ad products, and Google has as well. And so we're very in touch with and informed by what they're doing. And so as the landscape of kind of what -- how they think about advertising, what different media they run on their site, how they place media, what attributes they let you bid on changes, we tend to be right at the front of that. And we have a very large ad tech team inside Wayfair that optimizes it for the specific nuances of our category, which we feel like change generally gives us opportunity, I guess, would be the simple way to describe it.

**Michael D. Fleisher**
*Chief Financial Officer*

And I would say, over the last 5 years, there's always been something in this market, right? Where it's, there's inflation, there's this, there's that. Through all of that, our TAC has remained extremely consistent. And I think that's because of what Steve said, we have very deep relationships with all of these folks. We are the beta partner. We help them build new ad units together, and they're on record saying that. But I think the other piece of it is, people -- the ads that people are comfortable with are ads that take you to a place where you're going to be well served as a customer. And so I think we're successful there because, at the end of the day, we are doing that, right? Customers come back and say, this was a good experience. Therefore, you effectively rank higher. And that's certainly true in search, but I think it's true in the ad world as well in terms of what's safer.

**Mark Alan May**
*Citigroup Inc, Research Division*

I think we have a couple of questions -- or time for a couple of questions if anyone has any out there. Any? Okay. That's good. I've got some. Maybe -- we didn't get much time to talk on the international, I know that's a huge part of the story here.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, it's a big investment.

**Mark Alan May**
*Citigroup Inc, Research Division*

So maybe just -- can you tell us a little bit more about the investments that you're making in Canada, U.K., Germany, and maybe others that I've missed there? And what's giving you the confidence that your model is working in those markets to continue to invest, maybe even at a faster pace than you have?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes. So yes, I mean, you sort of hit them. But Canada has been the most established international market we have. It's, I would say, sort of -- I guess the interesting thing about all these international -- and then U.K., I was going to say, is kind of behind that. And then Germany is the smallest of our international markets. And I look at the history of growing all those, it's interesting because in the early years of them, you're basically trying to source supply, get selection right, get pricing right, get a logistics offering that's competitive with the market and put together a team that you think can execute as the thing grows. We've got that foundation on all of those in a very solid way today. I think Germany would be the last one to kind of gotten there on. As they then start to grow, you're watching all the metrics on how's -- what's your ad yield look like? What's your customer affinity look like? What do your repeat metrics look like? And with all those markets, you definitely see the early years are a bit of an experimentation period. You're trying to figure out, like, okay, why did this work? Why didn't that work? Do we not have the right selection? Did we not price it right? Do we invest in something else? And then as you figure those things out, the conviction you then have on taking on the next step is way higher. And so I think our international investment has been one over the last number of years in Canada, we basically saw it go through that and about to where we're like super excited about the investment we're making there. We're very confident in the return we're going to get on it. U.K. is in that sweet spot right now where you're like, wow, this is in a spot where you're really seeing it. The metrics look good, and the conviction you have around the future potential of it is higher than it's ever been. And then Germany is at a stage where you're -- it's early on and it's showing all the right signs, but you haven't quite gotten to where you have the conviction you want to lean super heavy in against it. And you're trying to get to where you do, and you're testing a number of things. And as you do, you'll then continue to sort of further invest in that.

**Mark Alan May**
*Citigroup Inc, Research Division*

Do you think you'll achieve breakeven in one of the -- in those markets or one of those markets sooner than you did in the U.S.? Like, think about...

**Steven K. Conine**
*Co-Founder & Co-Chairman*

Yes, I mean, Canada leverages a lot of U.S. infrastructure. So in theory, that's probably the one that breaks even the quickest.

**Michael D. Fleisher**
*Chief Financial Officer*

Yes, I think that's right. I mean, the problem with international as we externally reported is 3 different countries with very different -- at very different stages and with actually different sets of underpinning economics because of what they leverage against the U.S. or don't, right? So Germany and the U.K. actually bear the burden of a huge infrastructure that we've had to build over there. But I think our -- what we've now seen between Canada, the U.K. and Germany, our conviction has never been higher that the nature of the brand, the nature of the business model, the nature of the logistics operations and all those other pieces will work in all of those markets. And therefore, the investment we're making is the reason we've been willing to ramp up the investment, not only in people, but also, importantly, in the ad spend, right, in building those businesses. And we've talked about just starting to turn on TV in Germany and build some of the brand building there. It's early days, but that's sort of a sign of our confidence about what's happening in that market with that opportunity.

**Mark Alan May**
*Citigroup Inc, Research Division*

You talked about TV overall or in the U.S. is a relatively a modest portion of your overall budget. You did call out starting TV in Germany. Have you already -- are you leading with TV in those markets and then putting on direct response? Or...

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael D. Fleisher**
*Chief Financial Officer*

So yes, I think that TV is probably -- it'll be a similar, probably, percent of the overall ad budget in other markets. I would describe it more as like, it's an indicator that what we're seeing in those markets makes us believe that we're kind of at a point where you can start to build brand awareness and it will pay back. If you do it too early, you don't have the experience right, it's a waste of your money. If you do it at the right time, it can be super additive. And so I would just describe it more as an indicator of that.

**Mark Alan May**
*Citigroup Inc, Research Division*

Got it. I think we're out of time. Thanks, guys.

**Michael D. Fleisher**
*Chief Financial Officer*

Thank you, yes.

**Mark Alan May**
*Citigroup Inc, Research Division*
Appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.