UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re WAYFAIR, INC. Securities       )
Litigation                          )
                                    )
                                    )    CIVIL ACTION
                                    )    No. 19-10062-DPW
This Document Relates To:           )
     ALL ACTIONS                    )


**ORDER OF DISMISSAL**

WOODLOCK, D.J.

In accordance with this Court's Memorandum and Order [ECF # 41] issued on July 08, 2020, granting the Defendants' Motion to Dismiss the Consolidated Amended Complaint, it is hereby ORDERED the above-entitled action be, and hereby is, DISMISSED in its entirety.

BY THE COURT,

*/s/ Barbara I. Beatty*

DATED:  July 8, 2020          Deputy Clerk